D. CHRIS ALBRIGHT, ESQ. (4904)
KYLE W. FENTON, ESQ. (16235)
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: (702) 384-7111 / F: (702) 384-0605
dca@albrightstoddard.com
kfenton@albrightstoddard.com
*Attorneys for Defendant Andrew Schneider*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARCHETYPE CAPITAL PARTNERS, LLC, a Nevada limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>BULLOCK LEGAL GROUP, LLC, a Georgia limited liability company; ANDREW SCHNEIDER, an individual residing in Texas,<br><br>Defendants. | CASE NO.:   2:25-cv-01686-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT ANDREW SCHNEIDER TO FILE RESPONSE TO COMPLAINT** |

Plaintiff, ARCHETYPE CAPITAL PARTNERS, LLC, a Nevada limited liability company (hereinafter "Plaintiff") and Defendant ANDREW SCHNEIDER, an individual (hereinafter "Defendant Schneider") (together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate that, due to having only recently retained local Nevada counsel to represent him herein, the time for Defendant Schneider to file his response to Plaintiff's Complaint herein shall be extended to November 7, 2025.

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated this 8th day of October, 2025. | Dated this 8th day of October, 2025. |
| **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** | **FABIAN VANCOTT** |
| /s/ D. Chris Albright, Esq.<br>D. CHRIS ALBRIGHT, ESQ. (4904)<br>KYLE W. FENTON, ESQ. (16235)<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>T: (702) 384-7111 / F: (702) 384-0605<br>dca@albrightstoddard.com<br>kfenton@albrightstoddard.com<br>*Attorneys for Defendant Andrew Schneider* | /s/ Kevin N. Anderson, Esq.<br>KEVIN N. ANDERSON, ESQ. (4512)<br>2275 Corporate Cir., Suite 220<br>Henderson, Nevada 89074<br>T: (702) 233-4444<br>kanderson@fabianvancott.com<br>*Attorneys for Plaintiff* |

### ORDER

**IT IS SO ORDERED** that, pursuant to the agreement of the Parties, the deadline for Defendant Andrew Schneider to file a response to Plaintiff's Complaint herein shall be extended to November 7, 2025.

By: _____
UNITED STATES MAGISTRATE JUDGE

Dated: October 10, 2025

| | |
|---|---|
| **From:** | Kevin N. Anderson |
| **To:** | Chris Albright |
| **Cc:** | Andrea Brebbia; Kyle Fenton; Kevin N. Colquitt; Kim James; Jeffrey Bramble; Michelle D Donohoo |
| **Subject:** | RE: Archetype Lawsuit |
| **Date:** | Wednesday, October 8, 2025 11:05:54 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image006.png<br>image007.png |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Looks good. You have my permission to include my electronic signature.

**Kevin N. Anderson**
FABIAN VANCOTT
NV Phone: 702.233.4444
NV Mobile: 702.333.8861
UT Mobile: 801.550.3990

**WE HAVE MOVED!** PLEASE NOTE OUR NEW NEVADA OFFICE ADDRESS:
**2275 Corporate Circle, Suite 220**
**Henderson, NV 89074**

---

**From:** Chris Albright <calbright@albrightstoddard.com>
**Sent:** Wednesday, October 8, 2025 11:07 AM
**To:** Kevin N. Anderson <kanderson@fabianvancott.com>; Jeffrey Bramble <jbramble@fabianvancott.com>; Michelle D Donohoo <mdonohoo@fabianvancott.com>
**Cc:** Andrea Brebbia <abrebbia@albrightstoddard.com>; Kyle Fenton <kfenton@albrightstoddard.com>; Kevin N. Colquitt <knc@sbaitilaw.com>; Kim James <krj@sbaitilaw.com>
**Subject:** RE: Archetype Lawsuit

> You don't often get email from calbright@albrightstoddard.com. Learn why this is important

Kevin Anderson: Per our phone call yesterday, please advise if this attached proposed stipulation meets with your approval and if we can affix your e-signature to the same, or if you have any comments or requested revisions to this proposed filing.

**D. Chris Albright**



801 So. Rancho Dr., Suite D-4
Las Vegas, NV 89106
Phone  (702) 384-7111
Fax  (702) 384-0605

www.albrightstoddard.com

This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the