D. CHRIS ALBRIGHT, ESQ. (4904)
KYLE W. FENTON, ESQ. (16235)
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: (702) 384-7111 / F: (702) 384-0605
dca@albrightstoddard.com
kfenton@albrightstoddard.com
*Attorneys for Defendant Andrew Schneider*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ARCHETYPE CAPITAL PARTNERS, LLC, a Nevada limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>BULLOCK LEGAL GROUP, LLC, a Georgia limited liability company; ANDREW SCHNEIDER, an individual residing in Texas,<br><br>Defendants. | CASE NO.:   2:25-cv-01686-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ANDREW SCHNEIDER TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff, ARCHETYPE CAPITAL PARTNERS, LLC, a Nevada limited liability company (hereinafter "Plaintiff") and Defendant ANDREW SCHNEIDER, an individual (hereinafter "Defendant Schneider") (together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate that, due to Defendant Schneider's counsel's prior conflicting commitments, the time for Defendant Schneider to file his response to Plaintiff's Motion for Temporary Restraining Order herein shall be extended to October 29, 2025, and the reply brief shall be due on November 3, 2025.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED**.

| Dated this **21st** day of October, 2025. | Dated this **21st** day of October, 2025. |
|---|---|
| **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** | **FABIAN VANCOTT** |
| */s/ D. Chris Albright, Esq.* <br> D. CHRIS ALBRIGHT, ESQ. (4904) <br> KYLE W. FENTON, ESQ. (16235) <br> 801 South Rancho Drive, Suite D-4 <br> Las Vegas, Nevada 89106 <br> T: (702) 384-7111 / F: (702) 384-0605 <br> dca@albrightstoddard.com <br> kfenton@albrightstoddard.com <br> *Attorneys for Defendant Andrew Schneider* | */s/ Kevin N. Anderson, Esq.* <br> KEVIN N. ANDERSON, ESQ. (4512) <br> 2275 Corporate Cir., Suite 220 <br> Henderson, Nevada 89074 <br> T: (702) 233-4444 <br> kanderson@fabianvancott.com <br> *Attorneys for Plaintiff* |

## ORDER

**IT IS SO ORDERED** that, pursuant to the agreement of the Parties, the deadline for Defendant Andrew Schneider to file a response to Plaintiff's Motion for Temporary Restraining Order herein shall be extended to October 29, 2025, and the reply brief shall be due on November 3, 2025.

By: _____
UNITED STATES DISTRICT JUDGE

Dated:  October 27, 2025

**Jimena Cabral**

| | |
|---|---|
| **From:** | Kevin N. Anderson <kanderson@fabianvancott.com> |
| **Sent:** | Tuesday, October 21, 2025 1:24 PM |
| **To:** | Chris Albright |
| **Cc:** | Jimena Cabral; Kevin N. Colquitt |
| **Subject:** | RE: Request for Extension - Archetype v. BLG, et al. |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

You may affix my e-signature.

### Kevin N. Anderson
FABIAN VANCOTT
NV Phone: 702.233.4444
NV Mobile: 702.333.8861
UT Mobile: 801.550.3990

**WE HAVE MOVED!** PLEASE NOTE OUR NEW NEVADA OFFICE ADDRESS:
2275 Corporate Circle, Suite 220
Henderson, NV 89074

---

**From:** Chris Albright <calbright@albrightstoddard.com>
**Sent:** Tuesday, October 21, 2025 1:47 PM
**To:** Kevin N. Anderson <kanderson@fabianvancott.com>
**Cc:** Jimena Cabral <jcabral@albrightstoddard.com>; Kevin N. Colquitt <knc@sbaitilaw.com>
**Subject:** FW: Request for Extension - Archetype v. BLG, et al.

Kevin Anderson: Please confirm whether we may affix your e-signature to the attached and submit it to the Court.

### D. Chris Albright



Albright Stoddard Warnick & Albright

801 So. Rancho Dr., Suite D-4
Las Vegas, NV 89106
Phone  (702) 384-7111
Fax  (702) 384-0605

www.albrightstoddard.com

This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

1

**From:** Kevin N. Anderson <kanderson@fabianvancott.com>
**Sent:** Tuesday, October 21, 2025 11:07 AM
**To:** Chris Albright <calbright@albrightstoddard.com>; Kevin N. Colquitt <knc@sbaitilaw.com>
**Cc:** Andrea Brebbia <abrebbia@albrightstoddard.com>; Kyle Fenton <kfenton@albrightstoddard.com>; Kim James <krj@sbaitilaw.com>; Jeffrey Bramble <jbramble@fabianvancott.com>; Hilary Adkins <hadkins@fabianvancott.com>; Michelle D Donohoo <mdonohoo@fabianvancott.com>; Jimena Cabral <jcabral@albrightstoddard.com>
**Subject:** RE: Request for Extension - Archetype v. BLG, et al.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Since the Court set our reply brief for the 29th, we should also move the deadline for it. The same 5-day period would make it due on November 3. Can you make that change?

Kevin N. Anderson
FABIAN VANCOTT
NV Phone: 702.233.4444
NV Mobile: 702.333.8861
UT Mobile: 801.550.3990

**WE HAVE MOVED!** PLEASE NOTE OUR NEW NEVADA OFFICE ADDRESS:
2275 Corporate Circle, Suite 220
Henderson, NV 89074

---

**From:** Chris Albright <calbright@albrightstoddard.com>
**Sent:** Tuesday, October 21, 2025 10:43 AM
**To:** Kevin N. Anderson <kanderson@fabianvancott.com>; Kevin N. Colquitt <knc@sbaitilaw.com>
**Cc:** Andrea Brebbia <abrebbia@albrightstoddard.com>; Kyle Fenton <kfenton@albrightstoddard.com>; Kim James <krj@sbaitilaw.com>; Jeffrey Bramble <jbramble@fabianvancott.com>; Hilary Adkins <hadkins@fabianvancott.com>; Michelle D Donohoo <mdonohoo@fabianvancott.com>; Jimena Cabral <jcabral@albrightstoddard.com>
**Subject:** RE: Request for Extension - Archetype v. BLG, et al.

Kevin Anderson: Please see attached proposed stipulation. Please advise if this meets with your approval and if we may affix your e-signature to the same and submit it to the Court. Thank you!

D. Chris Albright



801 So. Rancho Dr., Suite D-4
Las Vegas, NV 89106
Phone (702) 384-7111
Fax (702) 384-0605

www.albrightstoddard.com

This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any

2

dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Kevin N. Anderson <kanderson@fabianvancott.com>
**Sent:** Monday, October 20, 2025 4:37 PM
**To:** Chris Albright <calbright@albrightstoddard.com>; Kevin N. Colquitt <knc@sbaitilaw.com>
**Cc:** Andrea Brebbia <abrebbia@albrightstoddard.com>; Kyle Fenton <kfenton@albrightstoddard.com>; Kim James <krj@sbaitilaw.com>; Jeffrey Bramble <jbramble@fabianvancott.com>; Hilary Adkins <hadkins@fabianvancott.com>; Michelle D Donohoo <mdonohoo@fabianvancott.com>
**Subject:** Request for Extension - Archetype v. BLG, et al.

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

As I indicated to Kevin Colquitt on the phone, we are willing to agree to the requested extension.

Kevin N. Anderson
FABIAN VANCOTT
NV Phone: 702.233.4444
NV Mobile: 702.333.8861
UT Mobile: 801.550.3990

**WE HAVE MOVED!** PLEASE NOTE OUR NEW NEVADA OFFICE ADDRESS:
**2275 Corporate Circle, Suite 220**
**Henderson, NV 89074**

CAUTION: This email originated from outside the Fabian VanCott organization. Do not click on links or open attachments unless you recognize the sender and know the content is safe.
CAUTION: This email originated from outside the Fabian VanCott organization. Do not click on links or open attachments unless you recognize the sender and know the content is safe.