Pat Lundvall (NSBN 3761)
Chelsea Latino (NSBN 14227)
Laena St-Jules (NSBN 15156)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
plundvall@mcdonaldcarano.com
clatino@mcdonaldcarano.com
lstjules@mcdonaldcarano.com

*Attorneys for Defendant Bullock Legal Group, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARCHETYPE CAPITAL PARTNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BULLOCK LEGAL GROUP, LLC, a Georgia limited liability company, and ANDREW SCHNEIDER, an individual residing in Texas,<br><br>Defendants. | Case No. 2:25-cv-01686-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BULLOCK LEGAL GROUP, LLC TO RESPOND TO PLAINTIFF ARCHETYPE CAPITAL PARTNERS, LLC'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND MEMORANDUM OF POINTS AND AUTHORITIES** |

Defendant Bullock Legal Group, LLC, and Plaintiff Archetype Capital Partners, LLC, by and through their undersigned counsel, agree and stipulate as follows:

1.  On September 8, 2025, Plaintiff filed its Complaint in this Court. ECF No. 1 ("Complaint").

2.  On October 15, 2025, Plaintiff filed its Motion for Temporary Restraining Order and Preliminary Injunction and Memorandum of Points and Authorities. ECF Nos. 8-9 ("Motion").

3.  On October 17, 2025, this Court ordered "that Defendants shall file a Response by October 24, 2025 and Plaintiff shall file a Reply by October 29, 2025." ECF No. 15.

4.  On October 21, 2025, Plaintiff and Defendant Andrew Schneider filed a stipulation to extend Schneider's response deadline to October 29, 2025, as well as to extend Plaintiff's reply deadline to November 3, 2025. ECF No. 17.

5.  Should the Court approve the aforementioned stipulation (ECF No. 17), Plaintiff and Bullock Legal Group stipulate, agree, and respectfully request that the Court also extend the deadline for (a) Bullock Legal Group to respond to the Motion from October 24, 2025, to October 29, 2025, and (b) Plaintiff to file a reply from October 29, 2025, to November 3, 2025.

6.  This extension request is made in good faith and not for the purposes of delay. Moreover, since this is a joint request that would align the response deadline for all defendants, no party will be prejudiced.

Dated: October 23, 2025.

| FABIAN VANCOTT | McDONALD CARANO LLP |
|---|---|
| /s/ *Kevin N. Anderson* | /s/ *Pat Lundvall* |
| Kevin N. Anderson (NSBN 4512)<br>2275 Corporate Cir., Suite 220<br>Henderson, NV 89074<br>(702) 233-4444<br>kanderson@fabianvancott.com<br><br>*Attorneys for Plaintiff*<br>*Archetype Capital Partners, LLC* | Pat Lundvall (NSBN 3761)<br>Chelsea Latino (NSBN 14227)<br>Laena St-Jules (NSBN 15156)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>plundvall@mcdonaldcarano.com<br>clatino@mcdonaldcarano.com<br>lstjules@mcdonaldcarano.com<br><br>*Attorneys for Defendant*<br>*Bullock Legal Group, LLC* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 27, 2025

2