Kevin N. Anderson
Nevada State Bar No. 4512
**FABIAN VANCOTT**
2275 Corporate Cir., Suite 220
Henderson, NV 89074
Telephone: (702) 233-4444
kanderson@fabianvancott.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ARCHETYPE CAPITAL PARTNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BULLOCK LEGAL GROUP, LLC, a Georgia limited liability company, and ANDREW SCHNEIDER, an individual residing in Texas,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF ARCHETYPE CAPITAL PARTNERS, LLC TO FILE THEIR REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER [ECF NO. 8] & PRELIMINARY INJUNCTION [ECF NO. 9]**<br><br>Case No. 2:25:CV-01686-GMN-BNW<br><br>Judge Gloria M. Navarro<br><br>Magistrate Judge Brenda Weksler |

Plaintiff Archetype Capital Partners, LLC ("**Archetype**") and Defendants Bullock Legal Group, LLC and Andrew Schneider, by and through undersigned counsel, due to the intervening holiday and Plaintiff's counsel's prior conflicting commitments, agree, stipulate, and respectfully request that the Court extend the deadline for Plaintiff to file its Reply in support of its October 15, 2025 Motion for Temporary Restraining Order and Preliminary Injunction and Memorandum of Points and Authorities. ECF Nos. 8-9 ("Motion") as follows:

1. On September 8, 2025, Plaintiff filed its Complaint in this Court. ECF No. 1 ("Complaint").

2. On October 15, 2025, Plaintiff filed its Motion.

1

3. On October 17, 2025, this Court ordered "that Defendants shall file a Response by October 24, 2025 and Plaintiff shall file a Reply by October 29, 2025." ECF No. 15.

4. On October 27, 2025 this Court entered the Order to Extend Time for Defendant Andrew Schneider to File Response to Plaintiff's Motion for Temporary Restraining Order, extending Schneider's response deadline to October 29, 2025, as well as extending Plaintiff's reply deadline to November 3, 2025. ECF No. 20.

5. On October 27, 2025 this Court entered the Order to Extend Time for Defendant Bullock Legal Group, LLC to Respond to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, extending Bullock Legal Group, LLC's response deadline to October 29, 2025, as well as extending Plaintiff's reply deadline to November 3, 2025. ECF No. 21.

6. Plaintiff and Defendants Bullock Legal Group, LLC and Defendant Andrew Schneider stipulate, agree, and respectfully request that the Court extend the deadline for Plaintiff to file its Reply from November 3, 2025 to November 5, 2025.

**7.** This is the first stipulation for extension of time to file replies in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. This request for extension is made in good faith and not for the purposes of delay and no party will be prejudiced by the extension.

| | |
|---|---|
| ALRBIGHT, STODDARD, WARNICK & ALBRIGHT | McDONALD CARANO LLP |
| /s/ Kevin N. Colquitt | /s/ Chelsea Latino |
| D. Chris Albright, Esq. (4904) | Pat Lundvall, Esq. (3761) |
| Kyle W. Fenton, Esq. (16235) | Chelsea Latino, Esq. (14227) |
| 801 South Rancho Drive, suite D-4 | Laena St-Jules, Esq. (15156) |
| Las Vegas, Nevada 89106 | 2300 West Sahara Avenue, Suite 1200 |
| Tel. (702) 384-7111 | Las Vegas, Nevada 89102 |
| dca@albrightstoddard.com | Tel. (702) 873-4100 |
| kfenton@albrightstoddard.com | plundvall@mcdonaldcarano.com |
| | clatino@mcdonaldcarano.com |
| SBAITI & COMPANY PLLC | lstjules@mcdonaldcarano.com |
| Mazin A. Sbaiti (TX. 24058096) | *Attorneys for Defendant Bullock Legal Group, LLC* |
| *Pro Hac Vice forthcoming* | |
| Kevin N. Colquitt (TX. 24072047) | |
| *Pro Hac Vice forthcoming* | |
| 3102 Maple Avenue, Suite 400 | |
| Dallas, Texas 75201 | |
| Tel. (214) 214-3400 | |
| mas@sbaitilaw.com | |
| knc@sbaitilaw.com | |

*Attorneys for Defendant Andrew Schneider*

**FABIAN VANCOTT**

/s/ Kevin N. Anderson
Kevin N. Anderson, Esq. (4512)
2275 Corporate Cir., Suite 220
Henderson, Nevada 89074
Tel. (702) 233-4444
kanderson@fabianvancott.com

*Attorneys for Plaintiff Archetype Capital Partners, LLC*

## ORDER

**IT IS SO ORDERED,** that pursuant to the agreement of the Parties, the deadline for Plaintiff Archetype Capital Partners, LLC to file Reply in Support of Motion for Temporary

3

Restraining and Reply in Support of Motion for Preliminary Injunction shall be extended to November 5, 2025.

By: _____
UNITED STATES DISTRICT JUDGE

DATED: November 3, 2025

4