D. CHRIS ALBRIGHT, ESQ. (4904)
KYLE W. FENTON, ESQ. (16235)
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: (702) 384-7111 / F: (702) 384-0605
dca@albrightstoddard.com
kfenton@albrightstoddard.com
*Attorneys for Defendant Andrew Schneider*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARCHETYPE CAPITAL PARTNERS, LLC, a Nevada limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>BULLOCK LEGAL GROUP, LLC, a Georgia limited liability company; ANDREW SCHNEIDER, an individual residing in Texas,<br><br>Defendants. | CASE NO.:   2:25-cv-01686-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ANDREW SCHNEIDER TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

Plaintiff, ARCHETYPE CAPITAL PARTNERS, LLC, a Nevada limited liability company (hereinafter "Plaintiff") and Defendant ANDREW SCHNEIDER, an individual (hereinafter "Schneider") (together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby agree, stipulate, and respectfully request the Court to extend Schneider's deadline to answer or otherwise respond to the Complaint (Dkt. No. 1) from November 7, 2025, to November 14, 2025.

1. On September 8, 2025, Plaintiff filed its Complaint.

2. On October 10, 2025, shortly after Defendant Schneider retained local counsel, Schneider requested Plaintiff to stipulate to extending Schneider's deadline to respond to the Complaint to November 7, 2025, which Plaintiff agreed to. (Dkt. 6).

3. On October 15, 2025, Plaintiff filed a Motion for Temporary Restraining Order (Dkt. Nos. 9 and 10), to which Schneider filed his response on October 29, 2025. (Dkt. No. 22).

4. Responding to the TRO required a substantial commitment of time by Schneider's counsel, which took away from the time Schneider's counsel had budgeted for responding to the Complaint.

5. Counsel for Schneider requested Plaintiff's counsel's consent to a second extension of Schneider's deadline to respond to the Complaint, which Plaintiff's counsel agreed to. Thus Schneider and Plaintiff stipulate, agree, and request the Court to extend the deadline for Scheider to respond to the Complaint by one week, from November 7, 2025, to November 14, 2025.

6. This is the second stipulation for an extension of time for Schneider to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED**.

Dated this 6th day of November, 2025.

**ALBRIGHT, STODDARD, WARNIK, & ALBRIGHT**

*/s/ D. Chris Albright*

D. Chris Albright, Esq. (4904)
Kyle W. Fenton, Esq. (16235)
801 South Rancho Drive, suite D-4
Las Vegas, Nevada 89106
Tel. (702) 384-7111
dca@albrightstoddard.com
kfenton@albrightstoddard.com

SBAITI & COMPANY PLLC
Mazin A. Sbaiti (TX. 24058096)
*Pro Hac Vice forthcoming*
Kevin N. Colquitt (TX. 24072047)
*Pro Hac Vice forthcoming*
3102 Maple Avenue, Suite 400
Dallas, Texas 75201
Tel. (214) 214-3400
mas@sbaitilaw.com
knc@sbaitilaw.com
*Attorneys for Defendant Andrew Schneider*

Dated this 6th day of November, 2025.

**FABIAN VANCOTT**

*/s/ Kevin N. Anderson*

KEVIN N. ANDERSON, ESQ. (4512)
2275 Corporate Cir., Suite 220
Henderson, Nevada 89074
T: (702) 233-4444
kanderson@fabianvancott.com
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED** that, pursuant to the agreement of the Parties, the deadline for Defendant Andrew Schneider to file a response to Plaintiff's Complaint shall be extended to November 14, 2025.

By: _____
UNITED STATES MAGISTRATE JUDGE

Dated: November 7, 2025

| | |
|---|---|
| **From:** | Kevin N. Anderson |
| **To:** | Kevin N. Colquitt |
| **Cc:** | Chris Albright; Chris Albright; Mazin A. Sbaiti; Jeffrey Bramble; Michelle D Donohoo; Kim James |
| **Subject:** | RE: Activity in Case 2:25-cv-01686-GMN-BNW Archetype Capital Partners, LLC v. Bullock Legal Group, LLC et al Response |
| **Date:** | Thursday, November 6, 2025 9:14:06 AM |
| **Attachments:** | image001.png<br>image002.png<br>image004.png |

Approved. You can add my e-signature.

**Kevin N. Anderson**
**FABIAN VANCOTT**
NV Phone: 702.233.4444
NV Mobile: 702.333.8861
UT Mobile: 801.550.3990

**WE HAVE MOVED!** PLEASE NOTE OUR NEW NEVADA OFFICE ADDRESS:
**2275 Corporate Circle, Suite 220**
**Henderson, NV 89074**

---

**From:** Kevin N. Colquitt <KNC@sbaitilaw.com>
**Sent:** Thursday, November 6, 2025 9:49 AM
**To:** Kevin N. Anderson <kanderson@fabianvancott.com>
**Cc:** Chris Albright <calbright@albrightstoddard.com>; dca@albrightstoddard.com; Mazin A. Sbaiti <MAS@sbaitilaw.com>; Jeffrey Bramble <jbramble@fabianvancott.com>; Michelle D Donohoo <mdonohoo@fabianvancott.com>; Kim James <KRJ@sbaitilaw.com>
**Subject:** RE: Activity in Case 2:25-cv-01686-GMN-BNW Archetype Capital Partners, LLC v. Bullock Legal Group, LLC et al Response

> This message's attachments contains at least one web link. This is often used for phishing attempts. Please only interact with this attachment if you know its source and that the content is safe. If in doubt, confirm the legitimacy with the sender by phone.

My apologies. I do that at least once a week. Here you go.

**KEVIN N. COLQUITT | MANAGING PARTNER**
**SBAITI & COMPANY PLLC**
3102 Maple Ave. | Suite 400 | Dallas | TX | 75201
*We will be at a remote location while construction is being finalized at Maple Avenue. For deliveries, please contact us to get the remote address.*
Direct: 214.214.3403

---

**From:** Kevin N. Anderson <kanderson@fabianvancott.com>
**Sent:** Thursday, November 6, 2025 10:40 AM
**To:** Kevin N. Colquitt <KNC@sbaitilaw.com>
**Cc:** Chris Albright <calbright@albrightstoddard.com>; dca@albrightstoddard.com; Mazin A. Sbaiti <MAS@sbaitilaw.com>; Jeffrey Bramble <jbramble@fabianvancott.com>; Michelle D Donohoo <mdonohoo@fabianvancott.com>; Kim James <KRJ@sbaitilaw.com>
**Subject:** RE: Activity in Case 2:25-cv-01686-GMN-BNW Archetype Capital Partners, LLC v. Bullock Legal Group, LLC et al Response

I did not get an attachment.

**Kevin N. Anderson**
**FABIAN VANCOTT**
NV Phone: 702.233.4444
NV Mobile: 702.333.8861
UT Mobile: 801.550.3990

**WE HAVE MOVED!** PLEASE NOTE OUR NEW NEVADA OFFICE ADDRESS:
**2275 Corporate Circle, Suite 220**
**Henderson, NV 89074**

---

**From:** Kevin N. Colquitt <KNC@sbaitilaw.com>
**Sent:** Thursday, November 6, 2025 9:30 AM
**To:** Kevin N. Anderson <kanderson@fabianvancott.com>
**Cc:** Chris Albright <calbright@albrightstoddard.com>; dca@albrightstoddard.com; Mazin A. Sbaiti <MAS@sbaitilaw.com>; Jeffrey Bramble <jbramble@fabianvancott.com>; Michelle D Donohoo <mdonohoo@fabianvancott.com>; Kim James <KRJ@sbaitilaw.com>
**Subject:** RE: Activity in Case 2:25-cv-01686-GMN-BNW Archetype Capital Partners, LLC v. Bullock Legal Group, LLC et al Response

> This message's attachments contains at least one web link. This is often used for phishing attempts. Please only interact with this attachment if you know its source and that the content is safe. If in doubt, confirm the legitimacy with the sender by phone.

Hi Kevin,

Here is a draft of the stipulation. Please let us know if we have your permission to add your signature.

Regards,

Kevin

**KEVIN N. COLQUITT | MANAGING PARTNER**
SBAITI & COMPANY PLLC
3102 Maple Ave. | Suite 400 | Dallas | TX | 75201
*We will be at a remote location while construction is being finalized at Maple Avenue. For deliveries, please contact us to get the remote address.*
Direct: 214.214.3403

---

**From:** Kevin N. Colquitt <KNC@sbaitilaw.com>
**Sent:** Wednesday, November 5, 2025 9:29 PM
**To:** Kevin N. Anderson <kanderson@fabianvancott.com>
**Cc:** Chris Albright <calbright@albrightstoddard.com>; dca@albrightstoddard.com; Mazin A. Sbaiti <MAS@sbaitilaw.com>; Jeffrey Bramble <jbramble@fabianvancott.com>; Michelle D Donohoo <mdonohoo@fabianvancott.com>
**Subject:** Re: Activity in Case 2:25-cv-01686-GMN-BNW Archetype Capital Partners, LLC v. Bullock Legal Group, LLC et al Response

That works. I appreciate the accommodation and understand the limitation given your schedule. We'll put together a stipulation and circulate. Thank you.

**KEVIN N. COLQUITT | MANAGING PARTNER**

3102 Maple Ave. | Suite 400 | Dallas | TX | 75201
*We will be at a remote location while construction is being finalized at Maple Avenue. For deliveries, please contact us to get the remote address.*
Direct: 214.214.3403 | Fax: 214.853.4367
www.sbaitilaw.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Sbaiti & Company PLLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

On Nov 5, 2025, at 9:25 PM, Kevin N. Anderson <kanderson@fabianvancott.com> wrote:

I prefer to limit it to a one-week extension. Pushing your deadline to the 21st may impose an undue burden on me and my team. If you respond with a motion, then our response time runs over the Thanksgiving holiday. While you may be willing to accommodate us with yet another extension, we then are effectively talking about three or four-week extension. Also, I have the dubious honor of having a trial set for the beginning of Thanksgiving week. I would prefer to deal with your response to the complaint during the week prior to that trial. I think this is a reasonable compromise. I trust it will work for you.

Kevin N. Anderson
FABIAN VANCOTT
NV Phone: 702.233.4444
NV Mobile: 702.333.8861
UT Mobile: 801.550.3990

**WE HAVE MOVED!** PLEASE NOTE OUR NEW NEVADA OFFICE ADDRESS:
**2275 Corporate Circle, Suite 220
Henderson, NV 89074**

---

**From:** Kevin N. Colquitt <KNC@sbaitilaw.com>
**Sent:** Wednesday, November 5, 2025 3:09 PM
**To:** Kevin N. Anderson <kanderson@fabianvancott.com>; Chris Albright <calbright@albrightstoddard.com>; dca@albrightstoddard.com; Mazin A. Sbaiti <MAS@sbaitilaw.com>
**Cc:** Jeffrey Bramble <jbramble@fabianvancott.com>; Michelle D Donohoo <mdonohoo@fabianvancott.com>
**Subject:** RE: Activity in Case 2:25-cv-01686-GMN-BNW Archetype Capital Partners, LLC v. Bullock Legal Group, LLC et al Response

Hi Kevin,

Hope all is well. I am writing to request a two-week extension of our deadline to respond to the complaint. I originally asked for an extension to November 7 before the TRO was filed, which I didn't realize was coming at the time. Responding to the TRO has taken quite a bit of time and has put us behind in responding to the complaint. Would you be willing to stipulate to a two-week extension to November 21 for us to respond?

Regards,

Kevin

**KEVIN N. COLQUITT | MANAGING PARTNER**
SBAITI & COMPANY PLLC