# EXHIBIT 1

Case 2:25-cv-01686-GMN-BNW    Document 47-1    Filed 12/05/25    Page 1 of 4

D. CHRIS ALBRIGHT
Nevada Bar No. 004904
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rando Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702)384-7111/Fax: (702)384-0605
dca@albrigihtstoddard.com

MAZIN A. SBAITI
*Pro Hac Vice* forthcoming
Texas Bar No. 24058096
KEVIN N. COLQUITT
*Pro Hac Vice* forthcoming
Texas Bar No. 24072047
**SBAITI & COMPANY PLLC**
3102 Maple Avenue, Suite 400
Dallas, Texas 75201
Tel: (214)432-2899
Fax: (214)853-4367
mas@sbaitilaw.com
knc@sbaitilaw.com
*Attorneys for Defendant*
*Andrew Schneider*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ARCHETYPE CAPITAL PARTNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BULLOCK LEGAL GROUP, LLC, a Georgia limited liability company, and ANDREW SCHNEIDER, an individual residing in Texas,<br><br>Defendants. | CASE NO. 2:25-CV-01686-JCM-BNW<br><br>**DECLARATION OF ANDREW D. SCHNEIDER** |

1

**HARRIS COUNTY §**
**§**
**STATE OF TEXAS §**

1. I, the undersigned, hereby declare under penalty of perjury that the following testimony is made within my personal knowledge and is true and correct.

2. My name is Andrew Schneider. I am over the age of 18, and I am competent to give the testimony I am giving herein.

3. While it is true that Archetype Capital Partners, LLC ("Archetype") is a Nevada limited liability company, its connections to Nevada are limited.

4. Archetype maintains a storefront office in Nevada, but while I was a member at Archetype, its sole purpose was to establish Archetype as a Nevada LLC. The office is merely a storefront, and Archetype has never had any employees work out of the Nevada office.

5. I never visited the office or transacted business out of the office.

6. I reside in Houston, Texas. I have been a resident of Texas since the formation of Archetype.

7. During my entire tenure at Archetype, I officed out of my house in Texas. I never officed out of the Nevada storefront.

8. During my entire tenure at Archetype, I never transacted business on Archetype's behalf in Nevada.

9. Douglas Mayer also resides in Texas and has resided in Texas since at least as long as I have known him and at a minimum during the entirety of the existence of Archetype.

10. During my time at Archetype, Douglas Mayer typically worked from his home in Texas. I am not aware of any instance of him working out of the Nevada office.

11. In my experience, Archetype's electronic and paper files were maintained in Texas, either at Mr. Mayer's home or mine. I am not aware of any of Archetype's business records, electronic or paper, ever being maintained in the Nevada office.

12. I have reviewed the Complaint in this matter, and none of the allegations involving me occurred in Nevada.

13. Mr. Mayer and I have a long history with connections to the state of Florida. The predecessor to Archetype was located in Florida and was a Florida corporation.

14. I did not draft the Operating Agreement of Archetype. It was drafted at Mr. Mayer's behest. He selected the Florida forum selection clause, and I agreed to his choice when I signed the Operating Agreement.

I declare under penalty of perjury that the foregoing is true and correct and is within my personal knowledge.

Date: December 5, 2025                    /s/ *Andrew D. Schneider*
                                          Andrew D. Schneider