D. CHRIS ALBRIGHT
Nevada Bar No. 004904
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rando Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702)384-7111/Fax: (702)384-0605
dca@albrigihtstoddard.com

MAZIN A. SBAITI
*Pro Hac Vice* forthcoming
Texas Bar No. 24058096
KEVIN N. COLQUITT
*Pro Hac Vice* forthcoming
Texas Bar No. 24072047
**SBAITI & COMPANY PLLC**
3102 Maple Avenue, Suite 400
Dallas, Texas 75201
Tel: (214)432-2899/Fax: (214)853-4367
mas@sbaitilaw.com
knc@sbaitilaw.com

A̲t̲t̲o̲r̲n̲e̲y̲s̲ ̲f̲o̲r̲ ̲D̲e̲f̲e̲n̲d̲a̲n̲t̲
A̲n̲d̲r̲e̲w̲ ̲S̲c̲h̲n̲e̲i̲d̲e̲r̲

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARCHETYPE CAPITAL PARTNERS, LLC, A Nevada limited liability company,<br><br>    *Plaintiff*,<br><br>v.<br><br>BULLOCK LEGAL GROUP, LLC, a Georgia limited liability company, and ANDREW SCHNEIDER, an individual residing in Texas,<br><br>    *Defendants*. | CASE NO. 2:25-CV-01686-JCM-BNW<br><br>**PRELIMINARY INJUNCTION APPEAL** |

**TO THIS COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    Notice is hereby given that, pursuant to Ninth Circuit Rule 3-3, Defendant Andrew Schneider hereby appeals the Court's preliminary-injunction order (Dkt. #48) filed on December 5, 2025.

DATED this 14th day of December, 2025.

                                 **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

                                 */s/ Kevin N. Colquitt*
                                 MAZIN A. SBAITI
                                 *Pro Hac Vice* forthcoming
                                 Texas Bar No. 24058096
                                 KEVIN N. COLQUITT
                                 *Pro Hac Vice*
                                 Texas Bar No. 24072047
                                 **SBAITI & COMPANY PLLC**
                                 3102 Maple Avenue, Suite 400
                                 Dallas, Texas 75201
                                 Tel: (214)432-2899/Fax: (214)853-4367
                                 mas@sbaitilaw.com
                                 knc@sbaitilaw.com

                                 D. CHRIS ALBRIGHT #004904
                                 801 South Rancho Drive, Suite D-4
                                 Las Vegas, Nevada  89106
                                 Tel: (702) 384-7111
                                 dca@albrightstoddard.com

                                 *ATTORNEYS FOR DEFENDANT*
                                 *ANDREW SCHNEIDER*

D. CHRIS ALBRIGHT
Nevada Bar No. 004904
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rando Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702)384-7111/Fax: (702)384-0605
dca@albrigihtstoddard.com

MAZIN A. SBAITI
*Pro Hac Vice* forthcoming
Texas Bar No. 24058096
KEVIN N. COLQUITT
*Pro Hac Vice* forthcoming
Texas Bar No. 24072047
**SBAITI & COMPANY PLLC**
3102 Maple Avenue, Suite 400
Dallas, Texas 75201
Tel: (214)432-2899/Fax: (214)853-4367
mas@sbaitilaw.com
knc@sbaitilaw.com

**ATTORNEYS FOR DEFENDANT
ANDREW SCHNEIDER**

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ARCHETYPE CAPITAL PARTNERS, LLC, A Nevada limited liability company, *Plaintiff*, v. BULLOCK LEGAL GROUP, LLC, a Georgia limited liability company, and ANDREW SCHNEIDER, an individual residing in Texas, *Defendants*. | CASE NO. 2:25-CV-01686-JCM-BNW **REPRESENTATION STATEMENT PRELIMINARY INJUNCTION APPEAL** |

1

**TO THIS COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Ninth Circuit Rule 3-2, Defendant Andrew Schneider hereby files this notice identifying all parties to this action including the names, addresses, and telephone numbers of their respective counsel.

1. <u>Plaintiff/Appellee</u>

Archetype Capital Partners, LLC

2. <u>Counsel for Plaintiff/Appellee</u>

Kevin N. Anderson

FABIAN VANCOTT

2275 Corporate Circle, Suite 220

Henderson, Nevada 89074

T: 702 233-4444

E: kanderson@fabianvancott.com

3. <u>Defendant/Appellant</u>

Andrew Schneider

4. <u>Counsel for Defendant/Appellant</u>

D. Chris Albright

ALBRIGHT, STODDARD, WARNICK, & ALBRIGHT

801 South Rancho Drive, Suite D-4

Las Vegas, Nevada 89106

T: (702) 384-7111

E: dca@albrightstoddard.com


Mazin A. Sbaiti (*pro hac vice forthcoming*)

SBAITI & COMPANY PLLC

3102 Maple Avenue, Suite 400

Dallas, Texas 75201

T: (214) 432-2899

E: gsr@sbaitilaw.com

Kevin N. Colquitt (*pro hac vice*)

SBAITI & COMPANY PLLC

3102 Maple Avenue, Suite 400

Dallas, Texas 75201

T: (214) 432-2899

E: gsr@sbaitilaw.com

     5.   <u>Appellate Counsel for Defendant/Appellant</u>

Griffin S. Rubin

SBAITI & COMPANY PLLC

3102 Maple Avenue, Suite 400

Dallas, Texas 75201

T: (214) 432-2899

E: gsr@sbaitilaw.com

DATED this 14th day of December, 2025.

                **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

                */s/ Kevin N. Colquitt*
                MAZIN A. SBAITI
                *Pro Hac Vice* forthcoming
                Texas Bar No. 24058096
                KEVIN N. COLQUITT
                *Pro Hac Vice*
                Texas Bar No. 24072047
                **SBAITI & COMPANY PLLC**
                3102 Maple Avenue, Suite 400
                Dallas, Texas 75201
                Tel: (214)432-2899/Fax: (214)853-4367
                mas@sbaitilaw.com
                knc@sbaitilaw.com

                D. CHRIS ALBRIGHT #004904
                801 South Rancho Drive, Suite D-4
                Las Vegas, Nevada  89106
                Tel: (702) 384-7111
                dca@albrightstoddard.com

                ***ATTORNEYS FOR DEFENDANT***
                ***ANDREW SCHNEIDER***