UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARCHETYPE CAPITAL PARTNERS, LLC,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>ANDREW SCHNEIDER,<br><br>        Defendant - Appellant,<br><br>and<br><br>BULLOCK LEGAL GROUP, LLC,<br><br>        Defendant. | No. 25-7889<br><br>D.C. No. 2:25-cv-01686-GMN-BNW<br>District of Nevada, Las Vegas<br><br>ORDER |

Before: SILVERMAN, PAEZ, and H.A. THOMAS, Circuit Judges.

    The motion (Docket Entry No. 11) to dismiss is denied. The alternate request to stay proceedings is granted. Proceedings in this court are stayed until the district court rules on the motion for reconsideration filed on December 12, 2025.

    The request (Docket Entry No. 12) for an award of attorney's fees is denied.

    The clerk will send a copy of this order to the district court and the district judge.