AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| Archetype Capital Partners, LLC, a Nevada limited liability company, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  2:25-cv-01686 |
| Bullock Legal Group, LLC, a Georgia limited liability company, and Andrew Schnedier, an individual residing in Texas, | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Bullock Legal Group, LLC
3662 Cedarcrest Road, Suite 320
Acworth, Georgia 30101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    See Attachment 1

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: ___3/27/2026_____         _____
                                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:25-cv-01686

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT 1**

Kevin N. Anderson
Nevada State Bar No. 4512
**FABIAN VANCOTT**
2275 Corporate Cir., Suite 220
Henderson, NV 89074
Telephone:     (702) 233-4444
kanderson@fabianvancott.com

Hilary R. Adkins (admitted *pro hac vice*)
Utah State Bar No. 18296
**FABIAN VANCOTT**
95 South State Street, Suite 2300
Salt Lake City, UT 84111
Telephone: (801) 531-8900
hadkins@fabianvancott.com

Joseph Y. Ahmad (admitted *pro hac vice*)
Texas State Bar No. 00941100
joeahmad@azalaw.com
John Zavitsanos (admitted *pro hac vice*)
Texas State Bar No. 22251650
jzavitsanos@azalaw.com
Nicholas E. Petree (admitted *pro hac vice*)
Texas State Bar No. 24083657
npetree@azalaw.com
Cameron A. Byrd (admitted *pro hac vice*)
Texas State Bar No.24097444
cbyrd@azalaw.com
Weining Bai (admitted *pro hac vice*)
Texas State Bar No. 24101477
wbai@azalaw.com
Justin Kenney (admitted *pro hac vice*)
Texas State Bar No. 24126702
jkenney@azalaw.com
Davis C. Metzger (admitted *pro hac vice*)
Texas State Bar No. 24143206
dmetzger@azalaw.com
AHMAD, ZAVITSANOS & MENSING, PLLC
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: (713) 655-1101