# EXHIBIT 1

Declaration of Tina Bullock

(April 7, 2026)

# EXHIBIT 1

Pat Lundvall (NSBN 3761)
Chelsea Latino (NSBN 14227)
Laena St-Jules (NSBN 15156)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
plundvall@mcdonaldcarano.com
clatino@mcdonaldcarano.com
lstjules@mcdonaldcarano.com

*Attorneys for Defendant Bullock Legal Group, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARCHETYPE CAPITAL PARTNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BULLOCK LEGAL GROUP, LLC, a Georgia limited liability company, and ANDREW SCHNEIDER, an individual residing in Texas,<br><br>Defendants. | Case No. 2:25-cv-01686-GMN-BNW<br><br>**DECLARATION OF TINA BULLOCK** |

I, Tina Bullock, hereby declare as follows:

1.      My name is Tina Bullock and I am of sound mind, lawful age, and in all other respects competent to make this declaration.

2.      The facts set forth herein are based upon my own personal knowledge unless otherwise stated.

3.      This declaration is submitted in support of Defendant Bullock Legal Group, LLC's Motion to Dismiss Archetype Capital Partners, LLC's ("Archetype") First Amended Complaint ("FAC").

4.      I am the sole owner of Bullock Legal Group ("BLG") and its managing partner.

5.      I was a registered nurse for 23 years. I also have a Bachelors Degree in Accounting followed by a Juris Doctor of Law.

6. BLG is a plaintiff's mass tort law firm incorporated in Georgia and headquartered in Acworth, Georgia.

7. BLG does not have an office in Nevada and does not employ any Nevada residents. BLG also does not own, lease, or possess any real or personal property in Nevada.

8. BLG's sole operations are as a law firm.

I. **Background of BLG's Video Game Addiction Litigation Development and Growth**

9. I pioneered the concept of video game addiction ("VGA") lawsuits in the United States upon learning from my own child in 2022 that video game companies were recruiting from graduate school psychology classes and seeing the effects of excessive video game play on my family and friends.

10. BLG filed the first VGA lawsuit in the United States on October 30, 2023.

11. BLG's caseload quickly began to grow, particularly after I spoke on multiple panels before plaintiffs' firms, was interviewed for Netflix documentaries, and appeared on Good Morning America on November 20, 2023.

12. Following my Good Morning America appearance, I was contacted by a marketer at a prominent advertising firm that specializes in identifying and recruiting plaintiffs for mass tort litigations. BLG has been working with marketers and other referral partners to identify VGA claimant leads and potential co-counsel opportunities. The massive growth in BLG's VGA claimant numbers and co-counsel relationships comes from leads generated by these marketers and other referral partners.

13. BLG does not direct any client solicitation specifically to any geographic area and has not directed marketers or referral partners to target any specific geographic area, including Nevada.

14. BLG currently has VGA claimants in 55 U.S. states and territories.

15. While marketers and referral partners find potential co-counsel, I was already familiar with the process of partnering with co-counsel to manage mass tort litigation. I had used the co-counsel approach in prior mass tort litigation dating back to 2013. Co-counsel agreements are not a trade secret and are routinely used in mass tort litigation.

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

2

16.     All of BLG's Nevada VGA attorney-client agreements have Georgia choice-of-law and arbitration clauses, and the Nevada VGA co-counsel agreements require arbitration in Georgia for disputes. BLG has not filed any Nevada VGA lawsuit and has no intention of doing so.

17.     It is through marketers and referral partners that work independently of BLG and Archetype that BLG's VGA claimant pool has expanded significantly. Although it is common for mass tort litigators to identify leads by soliciting claimants in other mass tort litigations, that approach was ultimately not feasible for VGA litigation because of the nature of the injuries and difficulties proving causation. Fresh clients without prior claims are required. Accordingly, BLG relies primarily on leads generated by marketers who are not affiliated with BLG, and those leads are paid for by co-counsel. BLG derives no income from marketing.

18.     The criteria for a successful VGA claimant are unique, and there is little to no overlap with other mass tort litigations that I am aware of. For instance, the RealPage litigation concerns rent pricing, which says nothing about whether a claimant is addicted to gaming. So too for the PFAS litigation (concerning chemicals), the Risperdal litigation (concerning an antipsychotic medication), and the Camp Lejeune litigation (concerning water contamination). BLG further quickly determined that it was not a worthwhile pursuit to mine other mass tort litigation dockets for potential VGA claimants as any overlapping injuries would be disqualifying. BLG did not identify any VGA Nevada co-counsel or claimant by mining any other mass tort litigation docket, including in connection with the Crouch Law Firm.

19.     BLG does not represent claimants in Risperdal, Camp Lejeune, PFAS, or RealPage litigations.

20.     BLG's VGA operations and employees are based out of Georgia. The overwhelming weight of evidence relating to BLG's VGA operations is in Georgia, and the most critical BLG employee witnesses relating to the dispute between BLG, Archetype, Andrew Schneider ("Schneider"), and Douglas Mayer ("Mayer") are located there as well. I am unaware of any witness or evidence located in Nevada.

21.     All creation of BLG work product and trade secrets occurred and is housed in Georgia. The eavesdropping and wiretapping theft of BLG's trade secrets occurred in Georgia.

3

## II.    BLG's Work on VGA Litigations

22.    Before filing the first VGA lawsuit on October 30, 2023, I began working on injury tiers, claimant criteria, the case work-up process, and claim valuation.

23.    Since at least 2023, BLG has collected the same types of information from claimants, such as identification and medical information and documentation, that BLG has collected through today. Attached as Exhibit 2 is a true and correct copy of the original intake information BLG gathered from September 2023. Attached as Exhibit 3 is a true and correct copy of the intake data requested in March 2024.

24.    I developed criteria to use in screening potential claimants in 2023. Attached as Exhibit 4 is a true and correct copy of criteria I identified in October 2023. Attached as Exhibit 5 is a true and correct copy of criteria shared with marketers and referral partners for lead generation from June 2024.

25.    BLG also collects information relating to the symptoms for VGA, including those identified by the American Psychiatric Association ("APA"). The Diagnostic and Statistical Manual of Mental Disorders, 5th edition (DSM-5) is the APA's guide for mental health care providers and establishes that a diagnosis of internet gaming disorder (i.e., VGA) exists when five of nine symptoms are present. *See* APA, Internet Gaming (Jan. 2023), https://www.psychiatry.org/patients-families/internet-gaming (listing symptoms). BLG has used those symptoms for claimant intake, in addition to requiring additional information, because it is a necessary component for establishing VGA.

26.    SimplyConvert is a mass tort SaaS platform used for client relationship management, data management, referral platforms, automated client intake, client portals, and reporting analytics and insights. BLG uses SimplyConvert to aggregate, synthesize, and analyze the claimant information that was gathered based on BLG's own intake criteria. All of the criteria and evaluation metrics in SimplyConvert that BLG uses for its VGA litigations are based on BLG's own work.

27.    Prior to using SimplyConvert, BLG used SmartAdvocate as a case management platform. When switching to SimplyConvert, I provided SimplyConvert all intake forms and data

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

points to collect for claimants based on what was collected in SmartAdvocate. Attached as Exhibit 6 is a true and correct copy of the data collected in October 2025 in SimplyConvert.

28.     No later than 2023, I developed a tier system for categorizing VGA injuries. BLG used tiers to assist with internal resource allocation of staff and general docket value, and to focus referral partners on marketing by tiers. However, individual damages must be established for each client, and a tier system cannot be used for settlement purposes for VGA or any other mass tort. Mass tort cases are not class actions, and clients retain individual case status. BLG has not used tiers for the cases it has settled. Individual damages for settlement purposes are derived from the client's own medical records and input from experts hired by BLG. The tier system has not been and will not be used in any settlement.

29.     I also developed a damages matrix for claim valuation depending on injuries no later than 2023. I have extensive experience in proving medical injuries for the purposes of personal injury lawsuits and valuations of personal injury claims for both medical malpractice actions and mass tort actions. Based on this experience, I was able to estimate the value of medical care to treat different injuries. However, I also retained medical experts to determine claim and settlement values and also reviewed medical literature. All claim intake and workup and settlement valuation BLG has used and continues to use is based on my own experience and information provided by retained medical experts. BLG did not use or rely upon any damage or settlement modeling done by Schneider or Archetype.

**III.    Relationship with Archetype and Schneider**

30.     Around May 2024, BLG began seeking additional funding sources to support the identified needs for VGA case workup, including record acquisition, gamer data acquisition, and data hosting and management for thousands of cases.

31.     Upon information and belief, Archetype's co-founder and member Mayer is a resident of Humble, Texas.

32.     On June 5, 2024, Archetype—through Schneider—verbally rejected BLG's request for funding. Archetype did not provide any funding or any other services to BLG, and BLG was never shown any case work up, case management demonstration, or other items that would support

5

a law firm by Archetype. Until this litigation, I was not aware that Archetype provided any services beyond being a litigation finance broker.

33.    On September 26, 2024, following the scheduling of mediation with Defendant X concerning my VGA cases, Schneider offered his individual services as settlement counsel.

34.    Schneider has never been an employee of BLG. BLG and Schneider's working relationship was established only by the terms of a joint venture agreement that Schneider agreed to in his individual capacity as an attorney for Schneider to act as co-settlement counsel. Any payments from BLG to Schneider were exclusively advanced in Schneider's capacity as co-settlement counsel.

35.    On March 20, 2026, BLG and I filed a lawsuit against Archetype, Mayer, and Schneider in the Superior Court of Cobb County, Georgia, asserting claims of the violation of the Georgia Trade Secrets Act; computer theft; violation of the Georgia Civil RICO Act; tortious interference with business relations; and injunctive relief. A true and correct copy of the filed lawsuit is attached as Exhibit 7.

## IV.    Defendant X Settlement Has Not Occurred

36.    Archetype's FAC refers to settlement negotiations with "Defendant X." *See* FAC ¶¶ 118–26. BLG does not have pending mediation with Defendant X.

37.    To date, BLG's only resolved VGA litigation claims are the small number of filed cases initially mediated in November 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 7, 2026.

/s/ Tina Bullock
Tina Bullock
Owner and Managing Partner,
Bullock Legal Group