# EXHIBIT 2

VGA Intake

(September 2023)

# EXHIBIT 2

# GAMING ADDICTION

## Contact Information

### Name of person using video games *

|  |  |
|---|---|
| First Name | Last Name |

### Name

|  |  |
|---|---|
| First Name | Last Name |

### Father's Name

|  |  |
|---|---|
| First Name | Last Name |

### Father's Email

example@example.com

**Father's Address**

Street Address

Street Address Line 2

City

State / Province

Postal / Zip Code

**Father's Phone**

(000) 000-0000

Please enter a valid phone number.

**Mother's Name**

First Name

Last Name

**Mother's Email**

example@example.com

**Mother's Address**

Street Address

Street Address Line 2

City

State / Province

Postal / Zip Code

## Mother's Phone

(000) 000-0000

Please enter a valid phone number.

## Guardian Name-If Applicable

First Name

Last Name

## Guardian Email-If Applicable

example@example.com

## Guardian address- If Applicable

Street Address

Street Address Line 2

<br>

City

State / Province

<br>

Postal / Zip Code

## Guardian Phone- If Applicable

(000) 000-0000

Please enter a valid phone number.

## Select Parent's Current Marital Status *

◯ Never Married

◯ Married

◯ Divorced

◯ Widow/Widower

◯ Other

## For Parent's or Family please select the type of legal custody of the child *

◯ Mother has Sole Legal Custody

◯ Father has Sole Legal Custody

◯ Joint Legal Custody with Mother and Father

◯ Guardianship

◯ Other

## Upload any legal custody documents, if applicable

**Browse Files**

Drag and drop files here

## INFORMATION ABOUT CHILD GAMER

Date of Birth of person using video games *

> MM-DD-YYYY

Date

Age child started playing video games *

Does you child play video games more than 2 hours per day *

- [ ] Yes
- [ ] No
- [ ] Unknown

How many hours per day does your child spend gaming? *

**Biological Gender of Child** *

○ Male

○ Female

○ Other

**Select all that apply to the Gamer** *

☐ Minor child less than 16 years old

☐ Mentally Disabled

☐ Physically Disabled

☐ None of the Above

**Do you have other children living in the home who also play video games more than 2 hours per day**

☐ Yes

☐ No

☐ Unknown

**Please list the name of games played on gaming consoles, cloud gaming or other devices? (Example Roblox, FortNite, etc.)**

**List any other video games or apps played by your child**

**Does the gamer subscribe to cloud gaming?**

☐ Yes

☐ No

☐ Unsure

**If you subscribe to XBox or Fortnite cloud gaming, which monthly subscription did you purchase?**

☐ Game Pass Ultimate

☐ Game Pass Core

☐ XBox Live Gold

☐ Other

**What year did you start using cloud gaming?**

**How many "friends" are in your child's cloud gaming profile?**

Upload cell phone screenshots of the Quests or homework assignments the subscription gave your child. This is the daily and weekly goals.

> **Browse Files**
>
> Drag and drop files here

What is the name of the video game console used for the games (PlayStation, XBox, etc.). Provide year purchased as well. *

Do you have proof of use/purchase? *

☐ Purchase Receipts

☐ Photos

☐ Witnesses

☐ No Proof

☐ Other

If you have receipts or photos please upload

> **Browse Files**
>
> Drag and drop files here

Provide the name and contact information for anyone who has witnessed your child playing video games

Did your child's video game offer any parental controls or instructions *

☐ Yes

☐ No

☐ Unknown

Upload any terms of use/parental instructions in your possession

**Browse Files**

Drag and drop files here

As a parent/guardian are you able to limit game playing time? *

☐ Yes

☐ No

☐ Unknown

Has your child ever watched social media gaming influencers on YouTube, TikTok or other websites who discuss "Loot Boxes" or explain "how to convert Loot to USD"? If so, please provide the name and/or link to the soical media influencer and products promoted if known.

## VIDEO GAME TRANSACTIONS

Did your child pay for additional items in video games, such as loot, level up options, badges, additional game content, etc? *

☐ Yes

☐ No

☐ Unknown

How did your child pay for the additional video game content?

Does your child try to conceal purchases of video games or content? *

☐ Yes

☐ No

☐ Unknown

Did your child download games on an Apple App?

☐ Yes

☐ No

☐ Unknown

As a parent/guardian did Apple provide parental controls to restrict the dowload of a game based upon maturity rating?

◯ Yes

◯ No

◯ Unknown

Provide any further details about any difficulties you experienced in controlling your child's Apple game maturity rating

As a parent were you able to limit game playing time with Apple app games?

◯ Yes

◯ No

◯ Unknown

Provide any further details about any difficulties you experienced in controlling your child's using XBox game pass, Apple, Google or Steam Deck game playing time

As a parent/guardian did you have any control on the game apps to restrict game downloads based upon maturity rating?

◯ Yes

◯ No

◯ Unknown

Provide any further details about any difficulties you experienced in controlling your child's access to mature rated games

As a parent were you able to limit game playing time with a Google Family Account?

◯ Yes

◯ No

◯ Unknown

Can your child continue to play a Google game that was previously downloaded even if the internet is shutoff to the laptop or other device?

○ Yes

○ No

○ Unknown

## VIDEO GAME RELATED INJURIES

Has your child experienced any of the following symptoms that have lasted more than 12 months:

☐ Diminished Social Interaction with Family

☐ Loss or Lack of Friends at School

☐ Drop in Grades

☐ Lack of Interest in other sports/hobbies

☐ Inability to limit game playing time

☐ Poor Hygiene due to game playing time

☐ Change in eating pattern due to game playing time

☐ Gamer's Rage-losing or withdrawal of game prompts anger-throwing objects, punches walls/doors, yells, cursing

☐ None of the above

☐ Other

Has your child been diagnosed with any of the following injuries: *

☐ Gamer's Thumb                      ☐ Carpal Tunnel Syndrome

☐ Computer Vision Syndrome           ☐ Seizures

☐ Trigger Finger                     ☐ Tennis Elbow

☐ De Quervains' Tenosynovitis        ☐ Neck Sprain/Herniation

☐ Changes in CT/MRI Brain            ☐ Depression

☐ ADHD/ADD                           ☐ Oppositional Defiant Disorder

☐ None of the Above                  ☐ Other

Select all treatments your child has received:

☐ Individualized Educational Plan (IEP)

☐ Out-Patient Counseling

☐ Medication Therapy

☐ Inpatient Treatment Gaming Addiction

☐ Cognitive Behavioral Therapy for Gaming Addiction

☐ Private Tutoring

☐ None of the above

☐ Other

If medication was used, please provide the name and address of the prescriber, pharmacy and name of the drug. (Ex. Antidepressants, Stimulants, Antipsychotics, Sleeping pills, Seizure meds)

If your child has an Individualized Educational Plan at school, please provide the name, address of the school and approximate years plan has been in force.

Provide the name and address of all medical providers/hospitalizations for the past 10 years.

Please list any other medical conditions your child has been diagnosed with in the past ten years.

Upload any IEPs, Medical Records and/or Bills

**Browse Files**

Drag and drop files here

## VIDEO GAME TRANSACTION PLATFORMS

Did your child sell loot (level, persona, badges, additional game content for money on any of the following platforms:

☐ CoinGecko

☐ CoinCodex

☐ Playerauctions.com

☐ Skins Gambling

☐ ESports Betting

☐ XBox Game Pass

☐ None of the above

☐ Other

If other trading platforms were used, please provide the names and amount of money spent on the platform.

Upload any proof of these financial transactions

**Browse Files**

Drag and drop files here

## LITIGATION HISTORY

**Have you or your child filed a law suit or been a defendant in a lawsuit** *

○ Yes

○ Yes

○ No

HIPAA

---

**Has your child ever been convicted of a misdemeanor or felony?** *

☐ Yes

☐ No

☐ Pending Charges

**If yes, please provider further details about the conviction, date and state.**

<div style="border:1px solid #ccc; height:300px;"></div>

**Does your child receive SSDI benefits**

☐ Yes

☐ No

☐ Pending Application

**Does your child receive SSI benefits?**

☐ Yes

☐ No

☐ Pending Application

<div align="center">Submit</div>

HIPAA
COMPLIANCE

GAMING ADDICTION

COMPLIANCE