# EXHIBIT 3

VGA Intake

(March 2024)

# EXHIBIT 3

# GAMING ADDICTION

## Contact Information

### Name of person using video games *

First Name          Last Name

### Address of Person Playing Games *

Street Address

Street Address Line 2

City                          State / Province

Postal / Zip Code

### Gamers Email *

example@example.com

## Parent/Custody Information for Minors (Under Age of 18)

### Father's Name

First Name          Last Name

### Father's Email

## Father's Address (If Different from Gamers Address)

Street Address

Street Address Line 2

City                          State / Province

Postal / Zip Code

## Father's Phone

Please enter a valid phone number.

## Mother's Name

First Name          Last Name

## Mother's Email

example@example.com

## Mother's Address ( If Different From Gamers Address)

Street Address

Street Address Line 2

City                          State / Province

Postal / Zip Code

## Mother's Phone

Please enter a valid phone number.

2

**Guardian Name-If Applicable**

First Name        Last Name

**Guardian Email-If Applicable**

example@example.com

**Guardian address- If Applicable**

Street Address

Street Address Line 2

City                          State / Province

Postal / Zip Code

**Guardian Phone- If Applicable**

Please enter a valid phone number.

**Do you as a parent play video games with your child? ***

Yes
NO

**If you play video games as a parent, please provide your account number for any online gaming subscription, the email used to create the account and your gamertag.**

**Select Parent's Current Marital Status ***

Never Married
Married
Divorced
Widow/Widower

3

Other

**For separated parent's or other custody types please select the type of legal custody of the child** *

Mother has Sole Legal Custody
Father has Sole Legal Custody
Joint Legal Custody with Mother and Father
Guardianship

Other

## INFORMATION ABOUT  GAMER

**Date of Birth of person using video games** *

Month    Day      Year

**Age gamer started playing video games** *

**Does gamer play video games more than 2 hours per day** *

Yes
No
Unknown

**Please list the dates and estimated hours spent playing each of the above games (Example: Roblox from March 2022 to present, 3 hours/day; Call of Duty: Modern Warfare II from January 2023 -March 2023, total 100 hours** *

**List the gaming consoles played on. (Ex. Xbox One, PlayStation 4, Apple Phone, etc.)** *

4

**If you subscribe to Xbox , PlayStation, EA (Electronic Arts), which monthly subscription did you purchase?** *

Game Pass Ultimate

Game Pass Core

XBox Live Gold

Playstation Premium

Playstation Extra

Playstation Essential

EA Play

EA Play Pro

Apple Arcade

Google Play Pass

Amazon Prime Gaming

NVIDIA GeForce NOW

Amazon Luna

Roblox Premium

Ubisoft Classics

Ubisoft Premium

Fortnite Battlepass

Fortnite Crew Subscription

None of these

Other

**What is the gamer's alias (Gamertag)? (Ex. Pit Bull@9101)** *

**Please list the game names, including version names,  played on   (Ex. Call of Duty Modern Warfare not just Call of Duty)** *

**Does the gamer subscribe to cloud gaming (online gaming subscription)? ***

Yes
No
Unsure

**What year did gamer start using cloud/internet subscription gaming?**

**Does gamer use a gaming laptop? If so list manufacturer (Lenovo, Dell, etc) and provide approximate date of purchase ***

**Did the gaming laptop come with a 3 month free subscription to XBox or EA (Electronic Arts)? ***

Yes
No
Unknown
Other Subscription

**Does gamer use Virtual Reality headsets, gloves, etc? If so list name and date of purchase ***

**How much money per month does gamer spend on gaming? ***

**As a parent/guardian are you able to limit game playing time? ***

Yes

No

Unknown

Not Applicable (gamer over 18 y/o)

## VIDEO GAME TRANSACTIONS

**Do you have proof of use/purchase?** *

Purchase Receipts

Photos

Witnesses

No Proof

Other

**Provide the name and contact information for anyone who has witnessed gamer playing video games** *

**For minors, did your child's video game offer any parental controls or instructions** *

Yes

No

Unknown

Not Applicable (gamer over 18 y/o)

**Has gamer ever watched social media gaming influencers on YouTube, TikTok or other websites? If so, please provide (1) the name and/or link to the soical media influencer and (2) how often your child watches said influencer(s).** *

**List any rewards received for playing a video game**

**Did gamer pay for additional items in video games, such as loot, level up options, rewards, badges, additional game content, etc?** *

Yes

No

Unknown

**Provide any other details about any difficulties you experienced in controlling your child's game playing time using Xbox game pass, Apple, Google, Steam Deck, or other platforms.** *

**How did child pay for the additional video game content?** *

**Has your child experienced any of the following symptoms that have lasted more than 12 months:** *

Diminished Social Interaction with Family

Loss or Lack of Friends at School

Drop in Grades

Lack of Interest in other sports/hobbies

Inability to limit game playing time

Poor Hygiene due to game playing time

Change in eating pattern due to game playing time

Gamer's Rage-losing or withdrawal of game prompts anger-throwing objects, punches walls/doors, yells, cursing

None of the above

Other

**Does your child try to conceal purchases of video games or content?** *

8

Yes
No
Unknown

**Provide the name and address of the medical provider who diagnosed and treated any of the gaming-related injuries**

**Did gamer receive a reward of an energy drink or powder with Battle Pass or other video games** *

Yes
No
Unknown

**If medication was used, please provide the name and address of the prescriber, pharmacy and name of the drug. (Ex. Antidepressants, Stimulants, Antipsychotics, Sleeping pills, Seizure meds)** *

**Provide the name and address of all medical providers/hospitalizations for the past 10 years.** *

## VIDEO GAME TRANSACTION PLATFORMS

**Are you notified when your child downloads additional games on a game subscription site?** *

Yes

No

Unknown

Not Applicable

**Have you or your child filed a law suit or been a defendant in a lawsuit** *

Yes

No

**If yes, please provider further details about the conviction, date and state.**

**Does your child receive SSI benefits?** *

Yes

No

Pending Application

## VIDEO GAME RELATED INJURIES

**Has your child been diagnosed or experienced any of the following injuries:** *

Gamer's Thumb

Computer Vision Syndrome

Trigger Finger

De Quervains' Tenosynovitis

Changes in CT/MRI Brain

ADHD/ADD

Video Gaming Addiction

Other

No Diagnosed Problems

College Dropout

Carpal Tunnel Syndrome

Seizures

Tennis Elbow

Neck Sprain/Herniation

Depression

Oppositional Defiant Disorder

Internet Gaming Disorder

Suicide Attempt

High School Dropout

Sleep Deprivation Psychosis

**Select all treatments your child has received: ***

Individualized Educational Plan (IEP)

Out-Patient Counseling

Medication Therapy

Inpatient Treatment Gaming Addiction

Cognitive Behavioral Therapy for Gaming Addiction

Private Tutoring

None of the above

Other

**If your child has an Individualized Educational Plan at school, please provide the name, address of the school and approximate years plan has been in force.  ***

**Please list any other medical conditions your child has been diagnosed with in the past ten years. ***

**Did your child sell loot (level, persona, badges, additional game content for money on any of the following platforms: ***

CoinGecko

CoinCodex

Playerauctions.com

Skins Gambling

ESports Betting

XBox Game Pass

Discord

None of the Above

Other

## LITIGATION HISTORY

11

**Has your child ever been convicted of a misdemeanor or felony? ***

Yes
No
Pending Charges

**Does your child receive SSDI benefits ***

Yes
No
Pending Application