# EXHIBIT 4

VGA Criteria

(October 2023)

# FILED UNDER SEAL

# EXHIBIT 4