# EXHIBIT 5

VGA Criteria

(June 2024)

# FILED UNDER SEAL

# EXHIBIT 5