# EXHIBIT 6

VGA Intake

(October 2025)

# FILED WITH REDACTIONS AND UNDER SEAL

# EXHIBIT 6

SmartAdvocate®

Cases:  Open  Closed  All  | [ ]  🔍🔍  ❓Contacts: [ ]  🔍  📋  🙂  📧  🔔 99+  📋

Recent Cases | Intake Wizard | Case Browse | Contacts | Dashboards | Office Calendar | Accounting Beta | Tools | Reports | Project De

Favorites | Help | My SmartAdvocate

⬅ ◁ ▤ ▷ | 📄 Note | 📲 Quick Note | 📞 Message | 📅 Appointment | ✓ Task | ≡ | 💬 | 📨 | ✉ E-Mail | ▥ Barcode

📑 Templates | 📎 Attach | ⏲ | ♡ | 📝 Retain | ✕ Close

**General**

████████████████        Gaming () 10/30/2023 DC        Attorney: **Gibson, Nicholas**  Managing Partner: **Bullock, Tina**  Para

- 🏠 Summary
- 🔢 Social Security Disability
- ⚠ Incident
- 🕐 Critical Deadlines
- 🏛 Court
- 📅 Calendar
- ≡✗ Tasks
- ⚖ Court Rules
- 📋 Notes
- 📄 Documents
- ✉ Emails
- 🖼 Photo/Video
- 📋 Medical Chronology
- ① Critical Comments
- 👥 Investigations
- 📝 Retainer/Referral
- 🔗 WorkPlans
- 👥 Negotiation/Settlement
- 🕐 Timeline
- ≡ Caption
- 📷 Disbursements
- ▦ Case UDF
- 💻 Client Portal
- 📋 Medical Testing
- 💲 Fees Awarded
- 📋 Shared Documents
- 🚗 All Vehicles
- 📋 Complaints
- 📋 Shared Forms
- ✉ Internal Messages
- 📋 Case Chat

**Plaintiff**

- 👤 Summary
- 👤 Injuries

**UDFs**

**Court District**
[                              ]

**Gamer's Age** *
[                              ]

**State**
[                    ]

**Gaming Consoles**

Xbox 360    Xbox One    Xbox X/S    Nintendo Switch

PlayStation 3    PlayStation 4    PlayStation 5    Steam

Wii    Desktop    Laptop    iPhone    I-Pad

Quest    Oculus VR    Nintendo DS Lite

Nintendo 3DS    GameCube

**Age Gamer started playing video games** *
[                              ]

**Cloud Subscription**

Xbox Live Gold (Now Game Pass Core)

XBox Game Pass Console(Comes w/EA Play)

Xbox PC Game Pass (Comes w/ EA Play)

Xbox Ultimate Console and PC (Comes w/EA Play)

PlayStation Premium (Comes w/Ubisoft, Share Play, Game Help, Game Trials)

PlayStation Extra (Comes w/Ubisoft, Share Play, Game Help)

PlayStation Essential (Share Play and Game Help)

Nintendo Switch Online    Nintendo Switch + Expansion Pack

Ubisoft PC

Ubisoft Multiaccess (Connects to XBox and Luna)

Fortnite Battle Pass    Resident Evil CapCom Portal

Google Play    Roblox Premium    MineCraft Realms

MineCraft Plus (Cross Play)    Apple Arcade    None

PlaysStation Portal    Battle Net    Amazon Prime Gaming

**Games Played**

Rocket League (Cross Trading allowed)    Fall Guys

Call of Duty-Modern Warfare    EA Sports- NCAA 13

League of Legends    Minecraft    Rainbow Six

Apex Legends    Skyrim    NBA 2K    Roblox

Madden    Fortnite    Grand Theft Auto V    EA Sports

Call of Duty War Zone    Halo

**Medical Bills**  [ SELECT DOCUMENTS ]

None of the Documents were selected

**Liens**  [ SELECT DOCUMENTS ]

None of the Documents were selected

**Gamer use gaming laptop**    Yes    No    Unknown

**Did gaming laptop come with 3 month free subscription to X (Electronic Arts)**

Yes    No    Unknown    N/A

**Who made Laptop**

HP    Dell    Microsoft    Asus    Len

MSI

**Did gamer use headsets, if so name of headsets**
[                              ]

**Did gamer use Virtual Reality Glasses**
[                              ]

**Purchase Receipts for Laptop and VR Gear**  [ SELECT ]

None of the Documents were selected

**Prior lawsuits**  [ SELECT DOCUMENTS ]

None of the Documents were selected

**Bankruptcy**  [ SELECT DOCUMENTS ]

Medical Providers

Other Providers

Adverse Exams

Injuries-Prior

Employment

School/Other Activities

Special Damages

Vehicles

Insurance

Attorneys

Lien Tracking

Prior Claims

Plaintiff UDFs

Plaintiff Fact Sheet

Prescriptions

**Defendant**

**Litigation**

**Surrogate**

**Other**

Counter Strike Global Offensive          Halo Infinite

Clash Royale          Among Us          7 Days to Die

God of War          World Of Warcraft

Call of Duty- Black Ops II          Call of Duty- Black Ops III

Call of Duty Infinite Warfare          Call of Duty Advanced Warfare

Rust Console Edition          Gacha Life          Toca Life World

Gary's Mod          Suicide Squad-Kill the Justice League

Resident Evil          Mortal Kombat X          Mortal Kombat XI

Dota 2          OSU!          Team Fortress II

Red Dead Redemption 2          Spiderman          God of War

**Games Played PlayStation**

**Games Played XBox Consoles**

**Games Played PlayStation Subscriptions**

**Games Played Apple Arcade-I Phone**

**Games Played Nintendo Device**

**Games Played XBox Cloud Subscription**

**Notes**

**Gamer Tag** *

**In-Patient Psychiatric Treatment** *

          Yes          No          Unknown          N/A

**Gamer Email** *

**Gamer Diagnosis** *

          Internet Gaming Disorder          Video Game Addiction

          Anxiety          Depression          ADHD

          Oppositional Defiant Disorder          Gamers Thumb

          Computer Vision Syndrome          Obesity          Hypertension

          Neck Sprain          Autism          Changes in MRI or CT Brain

          Seizures          Carpal Tunnel Syndrome          Tennis Elbow

          Gamers Rage          Suicide Attempt

          Sleep Deprivation Psychosis

**All treatments received** *

          Individual Educational Plan (504 Plan)

          Out-Patient Counseling          Medication Therapy

          Cognitive Behavior Therapy          Private Tutoring          None

None of the Documents were selected

SSDI Benefits          SELECT DOCUMENTS

None of the Documents were selected

SSI Benefits          SELECT DOCUMENTS

None of the Documents were selected

Criminal Convictions/Child Protective Services          SELECT

None of the Documents were selected

Other Medical Disorders

Upload YouTube or Tik Tok Videos of gamers watched online          SELECT

None of the Documents were selected

Social Media Influencer names gamer watched on YouTube,

Provider your gamer stats          SELECT DOCUMENTS

None of the Documents were selected

Gamer Friends Screen Shots          SELECT DOCUMENTS

None of the Documents were selected

Did gamer receive rewards such as clothing, food, energy dri
rewards on food and beverage items (Mountain Dew, Little C
etc)

HS Drop Out          College Drop Out

Unemployed Due to Gaming Addiction          Home Schooled

**Name of Psych Facility**

**Name of Medications prescribed**

**Explain how gaming purchases were made**

**Purchase Receipts**          SELECT DOCUMENTS

None of the Documents were selected

**Guardian Retainer**          SELECT DOCUMENTS

None of the Documents were selected

**IGD Symptoms (5 of 9 Required)** *

Obsession with Gaming          Withdrawal Symptoms

Increased Need to Play          Loss of Interest Other Activities

Recognizes they have a problem

Hides game play time or game spending

Games to escape life

Disruption of growth-loss of friends, education or sports

**List Parent(s) physical injuries and/or property damage**

**Did gamer sell loot**

Yes          No

**What Platform did gamer sell loot**

**Witness Affidavits**          SELECT DOCUMENTS

None of the Documents were selected

- UDF "Gamer's Age" is required
- UDF "Age Gamer started playing video games " is re
- UDF "Gamer Tag" is required
- UDF "In-Patient Psychiatric Treatment" is required
- UDF "Gamer Email" is required
- UDF "Gamer Diagnosis" is required
- UDF "All treatments received" is required
- UDF "IGD Symptoms (5 of 9 Required)" is required

**Father Signed Retainer**          SELECT DOCUMENTS

None of the Documents were selected

**Plaintiff (Adult 18-25 y/o) Signed Retainer**          SELECT DOCUMENTS

None of the Documents were selected

**Mother's Signed Retainer**          SELECT DOCUMENTS

None of the Documents were selected

**Intake Form**          SELECT DOCUMENTS

None of the Documents were selected



Singed HIPAA    [SELECT DOCUMENTS]

None of the Documents were selected

If applicable, upload child custody paperwork    [SELECT DOCUMENTS]

None of the Documents were selected

POA for Deposit to Trust    [SELECT DOCUMENTS]

None of the Documents were selected

IEPS/504 Plan    [SELECT DOCUMENTS]

None of the Documents were selected

Certified Medical Records    [SELECT DOCUMENTS]

None of the Documents were selected

- UDF "Gamer's Age" is required
- UDF "Age Gamer started playing video games " is required
- UDF "Gamer Tag" is required
- UDF "In-Patient Psychiatric Treatment" is required
- UDF "Gamer Email" is required
- UDF "Gamer Diagnosis" is required
- UDF "All treatments received" is required
- UDF "IGD Symptoms (5 of 9 Required)" is required