D. CHRIS ALBRIGHT
Nevada Bar No. 004904
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702)384-7111/Fax: (702)384-0605
dca@albrigihtstoddard.com

MAZIN A. SBAITI
*Pro hac vice*
Texas Bar No. 24058096
KEVIN N. COLQUITT
*Pro Hac Vice*
Texas Bar No. 24072047
**SBAITI & COMPANY PLLC**
3102 Maple Avenue, Suite 400
Tel: (214)432-2899
Fax: (214)853-4367
mas@sbaitilaw.com
knc@sbaitilaw.com
*Attorneys for Defendant*
*Andrew Schneider*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ARCHETYPE CAPITAL PARTNERS, LLC, A Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> BULLOCK LEGAL GROUP, LLC, a Georgia limited liability company, and ANDREW SCHNEIDER, an individual residing in Texas, <br><br> Defendants. | CASE NO. 2:25-CV-01686-GMN-BNW <br><br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT ANDREW SCHNEIDER TO FILE REPLY IN SUPPORT OF HIS EMERGENCY CROSS-MOTION FOR PROTECTIVE ORDER** <br> **(ECF NO. 151)** <br> **[FIRST REQUEST]** |

Plaintiff, Archetype Capital Partners, LLC, a Nevada limited liability company ("Archetype"), Defendant Bullock Legal Group, LLC, a Georgia limited liability company ("BLG"), and Defendant Andrew Schneider ("Schneider") (collectively, the "Parties"), by and

1

through their respective counsel of record, hereby stipulate that, due to Schneider's counsel's scheduling conflicts and unavailability today, June 30, 2026, the time for Defendant Schneider to file his reply in support of his Emergency Cross-Motion for Protective Order (ECF No. 151, filed on June 17, 2026) shall be extended one day to **July 1, 2026**.  This is the first stipulation of time for Schneider to file a reply in support of the Cross-Motion.

**IT IS SO STIPULATED**.

DATED : June 30, 2026                    Respectfully submitted,

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
D. CHRIS ALBRIGHT #004904
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada  89106
Tel: (702) 384-7111
dca@albrightstoddard.com

*/s/ Mazin A. Sbaiti*
MAZIN A. SBAITI (Admitted *Pro Hac Vice*)
Texas Bar No. 24058096
KEVIN N. COLQUITT (Admitted *Pro Hac Vice*)
Texas Bar No. 24072047
**SBAITI & COMPANY PLLC**
3102 Maple Avenue, Suite 400
Dallas, Texas 75201
Tel: (214) 432-2899
Fax: (214) 853-4367
mas@sbaitilaw.com
knc@sbaitilaw.com

***ATTORNEYS FOR DEFENDANT ANDREW SCHNEIDER***

**GARMAN TURNER GORDON LLP**

*/s/ Erika Pike Turner*
ERIKA PIKE TURNER #006454
MARGARITA ELIAS # 014867
7251 Amigo Street, Suite 210

2

Las Vegas, NV 89119

**FABIAN VANCOTT**

*/s/ Kevin N. Anderson*
KEVIN N. ANDERSON, ESQ. # 004512 (Admitted *Pro Hac Vice*)
2275 Corporate Cir., Suite 220
Henderson, NV 89074
Tel: (702) 233-4444
HILARY R. ADKINS *(Admitted Pro Hac Vice)*
Utah State Bar No. *18296*
95 South State Street, Suite 2300
Salt Lake City, UT 84111
Tel: (801) 531-8900

**AHMAD, ZAVITSANOX & MENSING, PLLC**

*/s/ Paul Galante*
JOSEPH Y. AHMAD (Admitted *Pro Hac Vice*)
Texas Bar No. 941100
JOHN ZAVITSANOS (Admitted *Pro Hac Vice*)
Texas Bar No. 22251650
PAUL GALANTE (Admitted *Pro Hac Vice*)
Texas Bar No. 24090833
WEINING BAI (Admitted *Pro Hac Vice*)
Texas Bar No. 24101477
CAMERON A. BYRD (Admitted *Pro Hac Vice*)
Texas Bar No. 24097444
JUSTIN KENNEY
Texas Bar No. 24126702
DAVIS METZGER (Admitted *Pro Hac Vice*)
Texas Bar No. 24143206
NICOLAS Y. PETREE (Admitted *Pro Hac Vice*)
Texas Bar No. 24083657
ANDERS HUIZENGA (Admitted *Pro Hac Vice*)
Texas Bar No. 24149086
1211 McKinney Street, Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101
joeahmad@azalaw.com
jzavitsanos@azalaw.com
pgalante@azalaw.com
wbai@azalaw.com
cbyrd@azalaw.com

3

jkenney@azalaw.com
dmetzger@azalaw.com
npetree@azalaw.com
ahuizenga@azalaw.com

*ATTORNEY FOR PLAINTIFF ARCHETYPE CAPITAL PARTNERS, LLC*


**MCDONALD CARANO LLP**

*/s/ Laena St-Jules*
PAT LUNDVALL # 003761
CHELSEA LATINO # 014227
LAENA ST-JULES # 015156
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

*ATTORNEYS FOR  DEFENDANT BULLOCK LEGAL GROUP, LLC*


<u>**ORDER**</u>

**IT IS SO ORDERED.**


By:_____
UNITED STATES MAGISTRATE JUDGE


DATED:   July 1. 2026