Kevin N. Anderson
Nevada State Bar No. 4512
FABIAN VANCOTT
2275 Corporate Cir., Suite 220
Henderson, NV 89074
Telephone: (702) 233-4444
kanderson@fabianvancott.com

Hilary R. Adkins (admitted *pro hac vice*)
Utah State Bar No. 18296
FABIAN VANCOTT
95 South State Street, Suite 2300
Salt Lake City, UT 84111
Telephone: (801) 531-8900
hadkins@fabianvancott.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARCHETYPE CAPITAL PARTNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BULLOCK LEGAL GROUP, LLC, a Georgia limited liability company, and ANDREW SCHNEIDER, an individual residing in Texas,<br><br>Defendants. | Case No. 2:25-cv-01686-GMN-BNW<br><br>**MOTION FOR LEAVE TO WITHDRAW KEVIN N. ANDERSON AND HILARY R. ADKINS OF FABIAN VANCOTT AS COUNSEL OF RECORD FOR PLAINTIFF ARCHETYPE CAPITAL PARTNERS, LLC** |

Kevin N. Anderson and Hilary R. Adkins of Fabian VanCott (together, "**Fabian VanCott**") move under LR IA 11-6(b) for leave to withdraw as counsel of record for Plaintiff Archetype Capital Partners, LLC ("**Archetype**"), and ask that they be removed from the

CM/ECF service list for this case. This Motion is based on the following Memorandum of Points and Authorities, the papers and pleadings on file, and any argument the Court may allow.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. Archetype Will Remain Represented by Counsel.**

Archetype is also represented in this action by Joseph Y. Ahmad, John Zavitsanos, Nicholas E. Petree, Cameron A. Byrd, Weining Bai, Justin Kenney, Davis C. Metzger, Paul Galante, and Anders Huizenga of Ahmad, Zavitsanos & Mensing, PLLC (each admitted pro hac vice), and by Erika Pike Turner and Margarita Elias of Garman Turner Gordon LLP, who are members of the State Bar of Nevada. These attorneys will continue to represent Archetype after Fabian VanCott withdraws, so Archetype will not be left without counsel.

**II. Archetype Has Requested the Withdrawal.**

Archetype has asked Fabian VanCott to withdraw as its counsel, and this Motion is filed at Archetype's request. As LR IA 11-6(b) requires, this Motion is being served on Archetype and on all counsel of record.

**III. Withdrawal Will Not Delay This Case.**

Withdrawal will not delay discovery, any hearing, or trial. See LR IA 11-6(d)–(e). On October 21, 2026, the Court stayed all discovery pending a ruling on Defendant Bullock Legal Group, LLC's ("BLG") motion to dismiss and vacated the remaining scheduling-order deadlines. (ECF No. 206) No trial date is set. Archetype's remaining counsel has been participating in the case and will handle all current deadlines, including the joint submission nominating special-master candidates and the public redacted exhibits required by ECF No. 206.

**IV. Conclusion.**

Fabian VanCott respectfully asks the Court to grant leave for Kevin N. Anderson and Hilary R. Adkins to withdraw as counsel of record for Archetype, as Archetype has requested, and to direct the Clerk to remove them from the CM/ECF service list for this case.

DATED this 29th day of October, 2026.

FABIAN VANCOTT

/s/ *Kevin N. Anderson*
Kevin N. Anderson
Nevada State Bar No. 4512
2275 Corporate Cir., Suite 220
Henderson, NV 89074
Telephone: (702) 233-4444
kanderson@fabianvancott.com

/s/ *Hilary R. Adkins*
Hilary R. Adkins (admitted pro hac vice)
Utah State Bar No. 18296
95 South State Street, Suite 2300
Salt Lake City, UT 84111
Telephone: (801) 531-8900
hadkins@fabianvancott.com

Withdrawing Attorneys for Plaintiff
Archetype Capital Partners, LLC

**ORDER**

IT IS SO ORDERED. Kevin N. Anderson and Hilary R. Adkins of Fabian VanCott are granted leave to withdraw as counsel of record for Plaintiff Archetype Capital Partners, LLC, and the Clerk of Court is directed to remove them from the CM/ECF service list for this case.

UNITED STATES MAGISTRATE JUDGE

DATED: October 30, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29th, 2026, I caused a true and correct copy of the foregoing MOTION FOR LEAVE TO WITHDRAW KEVIN N. ANDERSON AND HILARY R. ADKINS OF FABIAN VANCOTT AS COUNSEL OF RECORD FOR PLAINTIFF ARCHETYPE CAPITAL PARTNERS, LLC to be served on all counsel of record through the Court's CM/ECF system, and on the client, Plaintiff Archetype Capital Partners, LLC, by email and U.S. Mail, postage prepaid, addressed as follows:

Archetype Capital Partners, LLC
Attn: Doug Mayer, Managing Partner
2300 Green Oak Dr., Suite 900
Kingwood, TX 77339
doug@archetypecp.com

/s/ Dhana Huaman
An employee of Fabian VanCott