Pat Lundvall (NSBN 3761)
Chelsea Latino (NSBN 14227)
Laena St-Jules (NSBN 15156)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
plundvall@mcdonaldcarano.com
clatino@mcdonaldcarano.com
lstjules@mcdonaldcarano.com

*Attorneys for Defendant Bullock Legal Group, LLC*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARCHETYPE CAPITAL PARTNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BULLOCK LEGAL GROUP, LLC, a Georgia limited liability company, and ANDREW SCHNEIDER, an individual residing in Texas,<br><br>Defendants. | Case No. 2:25-cv-01686-GMN-BNW<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BULLOCK LEGAL GROUP** |

Current counsel for Defendant Bullock Legal Group, LLC ("BLG") respectfully move for an Order permitting McDonald Carano LLP, Pat Lundvall, Chelsea Latino and Laena St-Jules ("the firm") to withdraw as counsel of record.

This motion is made pursuant to Local Rule IA 11-6 and Rule 1.16(b)(4), (5) and (6) of the Nevada Rules of Professional Conduct. Fundamental irreconcilable disagreements in the litigation strategies have arisen between our firm and BLG. Additionally, BLG has failed substantially to fulfill an obligation to the firm and has been given reasonable warning that the firm will withdraw unless the obligation is fulfilled. BLG is in the process of retaining substitute Nevada counsel willing to appear in the place and stead of our firm and therefore withdrawal of this firm can be accomplished without material adverse effect on the interests of BLG. No delay of any hearing in this matter will result by granting of this motion. No delay is sought or intended by submission of this motion. No opposition to this motion is expected. Therefore, Pat Lundvall, Chelsea Latino,

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Laena St-Jules and McDonald Carano LLP, as the firm, respectfully request that the Court enter an Order authorizing their withdrawal as counsel of record.

All future notices in this matter should be served on the following:

Bullock Legal Group, LLP
c/o Tina Bullock, Sole Owner
3662 Cedarcrest Road, Suite 320
Acworth, GA 30101
Telephone: (833) 853-4258
Email: Tina@bullocklegalgroup.com

Bullock Legal Group, LLP
c/o Carasusana B. Wall, Senior Partner
3662 Cedarcrest Road, Suite 320
Acworth, GA 30101
Telephone: (833) 853-4258
Email: Cara@bullocklegalgroup.com

Dated: November 5, 2026.

McDONALD CARANO LLP

By: */s/ Pat Lundvall*
Pat Lundvall (NSBN 3761)
Chelsea Latino (NSBN 14227)
Laena St-Jules (NSBN 15156)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
plundvall@mcdonaldcarano.com
clatino@mcdonaldcarano.com
lstjules@mcdonaldcarano.com

*Attorneys for Defendant Bullock Legal Group, LLC*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**DECLARATION OF PAT LUNDVALL IN SUPPORT OF MOTION TO WITHDRAW**

I, Pat Lundvall, being first duly sworn, deposes and says:

1. I am an attorney with the law firm of McDonald Carano LLP. This firm is presently counsel of record for Counsel for Defendant Bullock Legal Group, LLC ("BLG").

2. This declaration is made of my own personal knowledge except when stated on information and belief, and as to those matters, I believe them to be true. I am over the age of eighteen years and therefore competent to testify thereto if called on to do so.

3. I make this declaration in support of the Motion to Withdraw on an Order Shortening Time ("Motion").

4. Good cause exists to shorten the time to respond to the motion to ensure the orderly and timely transition by and between counsel for the defendant BLG and since no opposition to the motion is expected by opposing counsel. No delay of any hearing in this matter will result. No delay is sought or intended by this motion.

5. I prepared the motion. The contents of the motion are true and correct. The client has been advised of this motion.

6. I declare under the penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

*/s/ Pat Lundvall*
Pat Lundvall

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano LLP, and that on November 5, 2026, I caused a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BULLOCK LEGAL GROUP** to be electronically filed with the Clerk of the Court and served via the United States District Court CM/ECF system on all parties or persons requiring notice. I further certify that complete copies of were served on the parties via email, as follows:

Tina Bullock
Sole Owner
Bullock Legal Group, LLP
3662 Cedarcrest Road, Suite 320
Acworth, GA 30101
email: Tina@bullocklegalgroup.com

Carasusana B. Wall
Senior Partner
Bullock Legal Group, LLP
3662 Cedarcrest Road, Suite 320
Acworth, GA 30101
email: Cara@bullocklegalgroup.com

Erika Pike Turner (eturner@gtg.legal)
Margarita Elias (melias@gtg.legal)
GARMAN TURNER GORDON LLP

Joseph Y. Ahmad (joeahmad@azalaw.com)
John Zavitsanos (jzavitsanos@azalaw.com)
Weining Bai (wbai@azalaw.com)
Cameron A. Byrd (cbyrd@azalaw.com)
Justin Kenney (jkenney@azalaw.com)
Davis Metzger (dmetzger@azalaw.com)
Nicholas E. Petree (npetree@azalaw.com)
Paul Galante (pgalante@azalaw.com)
Anders Huizenga (ahuizenga@azalaw.com)
AHMAD, ZAVITSANOS & MENSING, PLLC

*Attorneys for Plaintiff*

D. Chris Albright (dca@albrightstoddard.com)
ALBRIGHT STODDARD WARNICK & ALBRIGHT

/ / /

/ / /

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Mazin A. Sbaiti (mas@sbaitilaw.com)
Kevin N. Colquitt (knc@sbaitilaw.com)
SBAITI & COMPANY PLLC

*Attorneys for Defendant Andrew Schneider*

*/s/ Beau Nelson*
Beau Nelson