Pat Lundvall (NSBN 3761)
Chelsea Latino (NSBN 14227)
Laena St-Jules (NSBN 15156)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
plundvall@mcdonaldcarano.com
clatino@mcdonaldcarano.com
lstjules@mcdonaldcarano.com

*Attorneys for Defendant Bullock Legal Group, LLC*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ARCHETYPE CAPITAL PARTNERS, LLC, a Nevada limited liability company,

Plaintiff,

v.

BULLOCK LEGAL GROUP, LLC, a Georgia limited liability company, and ANDREW SCHNEIDER, an individual residing in Texas,

Defendants.

Case No. 2:25-cv-01686-GMN-BNW

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THE PARTIES TO SUBMIT JOINT SUBMISSION REGARDING SPECIAL MASTER**

(First Request)

Plaintiff Archetype Capital Partners, LLC, Defendant Bullock Legal Group, LLC, and Defendant Andrew Schneider, by and through their respective undersigned counsel, agree and stipulate as follows:

1. On October 21, 2026, the Court entered its Omnibus Order (ECF No. 206), which in relevant part directed the parties to file a joint submission nominating up to three qualified candidates for the special master and submitting a proposed Rule 53(b)(2) protocol. ECF No. 206.

2. The parties' joint submission is therefore due to be filed no later than Wednesday, November 4, 2026.

3. Counsel for all parties have diligently conferred towards selection of qualified candidates for special master and the parameters of a proposed Rule 53(b)(2) protocol. This includes exchanging proposals and conferring regarding numerous potential special master candidates, including tentative agreement (or in the case of Schneider, non-opposition) on at least one candidate

subject to conflict and availability checks; as well as exchanging draft terms for a Rule 53(b)(2) protocol and conferrals regarding same. The Parties continue to meet and confer in this regard in hopes of streamlining disputes towards a joint submission as required by the Court. However, due to the trial calendar of both counsel for BLG and Schneider in separate, unrelated matters, additional time is needed to finalize the required submission.

4. Accordingly, the parties stipulate and agree to, and respectfully request that the Court grant, an extension of time for the parties to file the joint submission required under the Omnibus Order by two weeks, from November 4, 2026, to and until November 18, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

5. This is the first extension request, and it is made in good faith and not for the purposes of delay. Moreover, since this is a joint request, no party will be prejudiced.

Dated: November 4, 2026.

McDONALD CARANO LLP

/s/ *Pat Lundvall*
Pat Lundvall (NSBN 3761)
Chelsea Latino (NSBN 14227)
Laena St-Jules (NSBN 15156)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
plundvall@mcdonaldcarano.com
clatino@mcdonaldcarano.com
lstjules@mcdonaldcarano.com

*Attorneys for Defendant*
*Bullock Legal Group, LLC*

ALBRIGHT STODDARD WARNICK & ALBRIGHT

/s/ *Mazin A. Sbaiti*
D. Chris Albright (NSBN 4904)
801 South Ranch Drive, Suite D-4
Las Vegas, Nevada 89106
dca@albrightstoddard.com

SBAITI & COMPANY PLLC
Mazin A. Sbaiti (*PHV*)
3102 Maple Avenue, Suite 400
Dallas, TX 75201

*Attorneys for Defendant*
*Andrew Schneider*

GARMAN TURNER GORDON LLP

/s/ *Weining Bai*
Erika Pike Turner (NSBN 6454)
Margarita Elias (NSBN 14867)
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
eturner@gtg.legal
melias@gtg.legal

AHMAD, ZAVITSANOS & MENSING
Joseph Y. Ahmad (*PHV*)
John Zavitsanos (*PHV*)
Paul Galante (*PHV*)
Weining Bai (*PHV*)
Cameron A. Byrd (*PHV*)
Justin Kenney (*PHV*)
Davis Metzger (*PHV*)
Nicholas Petree (*PHV*)
Anders Huizenga (*PHV*)
1221 McKinney Street, Suite 2500
Houston, TX 77010

*Attorneys for Plaintiff*
*Archetype Capital Partners, LLC*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: November 5, 2026

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966