Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com

*Attorneys for Defendant*
*Bullock Legal Group, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARCHETYPE CAPITAL PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BULLOCK LEGAL GROUP, LLC, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-01686-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO SUBMIT JOINT PROPOSAL RE SPECIAL MASTER**<br><br>(Second Request) |

Plaintiff Archetype Capital Partners, LLC, Defendant Bullock Legal Group, LLC, and Defendant Andrew Schneider, by and through their respective undersigned counsel, agree and stipulate as follows:

1. On October 21, 2026, the Court entered its Omnibus Order (ECF No. 206) (the "Omnibus Order"), which in relevant part directed the parties to file a joint submission nominating up to three qualified candidates for the special master and submitting a proposed Rule 53(b)(2) protocol. (ECF No. 206.)

2. Under the Omnibus Order, the parties' joint submission was due on November 4, 2026.

3. On November 4, 2026, the parties stipulated to extend the time for their joint submission from November 4, 2026 by two weeks, until November 18, 2026. (ECF No. 213.) The stipulation noted that the parties' counsel had been meeting and conferring towards the selection of qualified candidates for special master and the parameters of a proposed Rule 53(b)(2) protocol. (*Id*. at 1, ll. 25-26.) It further noted that, due to the trial schedule of then counsel for BLG and counsel for Defendant Andrew Schneider in separate, unrelated, matters, an extension





HOWARD & HOWARD ATTORNEYS PLLC

of time was necessary. (*Id.* at 2, ll. 2-5.) The Court granted the parties request for a two-week extension of time. (ECF No. 215.)

4. On November 5, 2026, McDonald Carano moved to withdraw as counsel for Defendant Bullock Legal Group, LLC ("BLG"). (ECF No. 214.)

5. On November 13, 2026, BLG retained substitute counsel, Howard & Howard Attorneys PLLC, and Jonathan W. Fountain, Esq., to represent it in this case. Because Mr. Fountain is new to both this case and the client relationship with BLG, he requires a reasonable amount of time to familiarize himself with the pleadings, facts, and issues pending before the Court including, without limitation, the court's Omnibus Order, and the issues raised therein.

6. Accordingly, the parties agree and stipulate, and respectfully request that the Court grant, an additional extension of time for the parties to file the joint submission required under the Omnibus Order by an additional two weeks, from November 18, 2026, up to and through December 4, 2026.

7. This is the parties' second extension request, and it is made in good faith and not for the purposes of delay. Moreover, since this is a joint request, no party will be prejudiced.

Dated: this 18th day of November, 2026.

**IT IS SO AGREED AND STIPULATED:**

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com

*Attorneys for Defendant*
*Bullock Legal Group, LLC*

SBAITI & COMPANY PLLC

By: /s/ Mazin A. Sbatti
Mazin A. Sbaiti (PHV)
Kevin N. Colquitt (PHV)
3102 Maple Avenue, Suite 400
Dallas, TX 7520
Te1. (214) 432-2899
Email: mas@sbaitilaw.com

AHMAD, ZAVITSANOS & MENSING

By: /s/ Weining Bai
Joseph Y. Ahmad (PHV)
John Zavitsanos (PHV)
Paul Galante (PHV)
Weining Bai (PHV)
Cameron A. Byrd (PHV)
Justin Kenney (PHV)
Davis Metzger (PHV)
Nicholas Petree (PHV)
Anders Huizenga (PHV)
1221 McKinney Street, Suite 2500
Houston, TX 77010
Tel. (713) 655-1101
Email: joeahmad@azalaw.com
Email: jzavitsanos@azalaw.com
Email: pgalante@azalaw.com
Email: wbai@azalaw.com
Email: cbyrd@azalaw.com
Email: jkenney@gmail.com
Email: dmetzger@azalaw.com

Email: knc@sbaitilaw.com

ALBRIGHT STODDARD WARNICK & ALBRIGHT
D. Chris Albright (NSBN 4904)
801 South Ranch Drive, Suite D-4
Las Vegas, Nevada 89106
Tel. (702) 384-7111
Email: dca@albrightstoddard.com

*Attorneys for Defendant Andrew Schneider*

Email: npetree@azalaw.com
Email: ahuizenga@azalaw.com

GARMAN TURNER GORDON LLP
Erika Pike Turner (NSBN 6454)
Margarita Elias (NSBN 14867)
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel. (725) 777-3000
Email: eturner@gtg.legal
Email: melias@gtg.legal

*Attorneys for Plaintiff Archetype Capital Partners, LLC*

**IT IS SO ORDERED:**

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: November 19, 2026





HOWARD & HOWARD ATTORNEYS PLLC