**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARCHETYPE CAPITAL PARTNERS, LLC, a Nevada limited liability company; Plaintiff(s), vs. BULLOCK LEGAL GROUP, PLLC, a Georgia limited liability company; et al Defendant(s). | Case #2:25-cv-01686-JCM-BNW **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** FILING FEE IS $250.00 |

CASH W. CARTER (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of SBAITI & COMPANY, PLLC (firm name) with offices at 3102 Maple Avenue, Suite 400 (street address), Dallas (city), Texas (state), 75201 (zip code), 214-214-3419 (area code + telephone number), Cash.Carter@sbaitilaw.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by ANDREW SCHNEIDER [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since October 30, 2025 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Eastern District of Texas | 9/24/2026 | 24150521 |
| U.S. Court of Appeals, Ninth Circuit | 10/7/2026 | 24150521 |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

There are and have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

Petitioner has never been denied admission to the State Bar of Nevada.

7. That Petitioner is a member of good standing in the following Bar Associations.

Bar Association of the District of Columbia - Bar Number 90018556
State Bar of Texas - Bar Number 24150521

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Cash Carter
Petitioner's signature

STATE OF Texas )
)
COUNTY OF Dallas )

Cash W. Carter, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

Cash Carter
Petitioner's signature

Subscribed and sworn to before me this

9th day of November, 2026.

Tina Lawson
Notary Public or Clerk of Court

TINA LAWSON
Notary Public, State of Texas
Comm. Expires 10-22-2027
Notary ID 126296614

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate D. CHRIS ALBRIGHT, ESQ. (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Albright, Stoddard, Warnick & Albright - 801 S. Rancho Dr., Suite D4,
(street address)

Las Vegas, Nevada, 89106,
(city) (state) (zip code)

702-384-7111, dca@albrightstoddard.com.
(area code + telephone number) (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) D. CHRIS ALBRIGHT, ESQ. (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

Andrew Schneider
(party's signature)

ANDREW SCHNEIDER
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

4904
Bar number

dca@albrightstoddard.com
Email address

APPROVED:

Dated: this 23 day of November, 20 26.

UNITED STATES DISTRICT JUDGE

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

September 30, 2026

Re: Cash W. Carter, State Bar Number 24150521

To Whom It May Concern:

This is to certify that Cash W. Carter was licensed to practice law in Texas on October 30, 2025, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Cash William Carter*

*was duly qualified and admitted on November 7, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 26, 2026.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***

AO 136 (Rev. 10/13) / TXE 136 (Rev. 09/22) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the
Eastern District of Texas

## CERTIFICATE OF GOOD STANDING

I, DAVID A. O'TOOLE, Clerk of this Court,

certify that **Cash Carter**, Bar # **24150521**,

was duly admitted to practice in this Court on September 24, 2026, and is in good standing as a member

of the Bar of this Court.

Dated at Tyler, Texas on September 30, 2026.

DAVID A. O'TOOLE
*CLERK*

*DEPUTY CLERK*